Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Ste. 1210
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940
jsaveri@saverilawfirm.com

Daniel R. Karon (*pro hac vice* pending)
KARON LLC
700 W. St. Clair Ave. Ste. 200
Cleveland, Ohio 44113
Telephone: 216.622.1851
Facsimile: 216.241.8175
dkaron@karonllc.com

Vincent J. Esades (*pro hac vice* pending)
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612.338.4605
Facsimile: 612.338.4692
vesades@heinsmills.com

*Attorneys for Plaintiff Christopher Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SAN MIGUEL and DELORES LAWTY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>HP INC.,<br><br>    Defendant. | Case No. 5:16-cv-05820-LHK<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Christopher Ware submits this administrative motion to consider whether *Ware v. HP Inc.*, Case No. 5:16-cv-06519-NC (the "*Ware* Action"), filed in this District on November 9, 2016, should be related to *San Miguel v. HP Inc.*, Case No. 5:16-cv-05820-LHK (N.D. Cal. Oct. 7, 2016) (the "*San Miguel* Action") now pending in this District and before this Court.

Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *Ware* Action should be related to the *San Miguel* Action because both of the requirements of Local Rule 3-12(a) are met here.

The *San Miguel* Action and the *Ware* Action both allege, on behalf of a proposed nationwide class, that the same defendant, HP Inc., distributed a software update that disabled HP printers equipped with ink cartridges made by HP's competitors. Both actions allege claims under the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*, and unjust enrichment. Thus, each action will require adjudication of the same or substantially similar questions of law and fact.

Separate assignment of these actions would likely create an unduly burdensome duplication of labor and expenses and potentially lead to conflicting results because both actions are based on the same nucleus of facts and the same law. Relating these actions, on the other hand, would conserve judicial resources and ensure consistent results. The parties and the Court will benefit from these efficiencies should the Court find these actions to be related.

| | |
|---|---|
| Dated: December 2, 2016 | Respectfully Submitted,<br>JOSEPH SAVERI LAW FIRM, INC.<br><br>By:     */s/ Joseph R. Saveri*<br>        Joseph R. Saveri<br><br>Joseph R. Saveri (State Bar No. 130064)<br>JOSEPH SAVERI LAW FIRM, INC.<br>555 Montgomery Street, Suite 1210<br>San Francisco, California 94111<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br><br>Daniel R. Karon (*pro hac vice* pending)<br>KARON LLC<br>700 W. St. Clair Avenue, Ste. 200<br>Cleveland, Ohio 44113<br>Telephone: (216) 622-1851<br>Facsimile: (216) 241-8175<br>Email: dkaron@karonllc.com<br><br>Vincent J. Esades (*pro hac vice* pending)<br>HEINS MILLS & OLSON, PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: (612) 338.4605<br>Facsimile: (612) 338-4692<br>Email: vesades@heinsmills.com<br><br>*Attorneys for Plaintiff Christopher Ware* |