Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Ste. 1210
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940
jsaveri@saverilawfirm.com

*Attorney for Plaintiff Christopher Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SAN MIGUEL and DELORES LAWTY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>HP INC.,<br><br>    Defendants. | Case No. 5:16-cv-05820-LHK<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Local Rule 3-12<br>Local Rule 7-11 |

I, Joseph R. Saveri, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to practice in the Northern District of California. I am the founder of the Joseph Saveri Law Firm, Inc. ("JSLF"), counsel for Plaintiff Christopher Ware in the related action *Ware v. HP Inc.*, Case No. 5:16-cv-06519-NC (the "*Ware* Action"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Plaintiffs' Administrative Motion to consider whether the *Ware* Action is related to the above captioned action.

3. Attached as Exhibit A is a true and correct copy of the Complaint filed in the *Ware* Action.

Case No. 5:16-cv-05820-LHK    1

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

4. A stipulation to relate the cases was not secured from Plaintiffs in the instant matter, as is typically required by Local Rule 7-11(a) because determining whether the *Ware* Action and this case are "related" lies within the sole discretion of this Court.

5. Plaintiff submits a proposed order in connection with this motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge and that this declaration was executed in San Francisco, California on December 2, 2016.

By: */s/ Joseph R. Saveri*
Joseph R. Saveri

Case No. 5:16-cv-05820-LHK

2

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED