UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SAN MIGUEL, et al., | Case No. 16-CV-05820-LHK |
| Plaintiffs, | **ORDER RELATING CASES** |
| v. | Re: Dkt. No. 16 |
| HP INC., | |
| Defendant. | |

On December 2, 2016, Christopher Ware ("Ware"), plaintiff in the action *Ware v. HP Inc.*, Case No. 16-CV-06519-NC (the "*Ware* action"), filed in this case an Administrative Motion to Relate. ECF No. 16. Specifically, Ware requests that the *Ware* action, filed on November 9, 2016, be related to this case, *San Miguel, et al. v. HP, Inc.*, No. 16-CV-05820-LHK (the "*San Miguel*" action), which was filed on October 7, 2016. No opposition has been filed within the time allowed under Civil Local Rule 7-11.

The Court finds that these actions "concern substantially the same parties, property, transaction or event" and it is "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

1

Case No. 16-CV-05820-LHK
ORDER RELATING CASES

The *San Miguel* action is the first-filed case and thus has the lowest case number. Under Civil L.R. 3-12(f)(3), "[i]f any Judge decides that any of the cases are related, . . . the Clerk shall reassign all higher-numbered cases to that Judge." Accordingly, the Clerk shall relate the later-filed case, *Ware v. HP Inc.*, Case No. 16-CV-06519-NC, to the first-filed case, *San Miguel, et al. v. HP, Inc.*, No. 16-CV-05820-LHK.

**IT IS SO ORDERED.**

Dated: December 16, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 16-CV-05820-LHK
ORDER RELATING CASES