SAMUEL G. LIVERSIDGE (SBN 180578)
  sliversidge@gibsondunn.com
RODNEY J. STONE (SBN 145405)
  rstone@gibsondunn.com
JARED M. STRUMWASSER (SBN 275326)
  jstrumwasser@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:   (213) 229-7365
Facsimile:   (213) 229-6365

Attorneys for Defendant
HP INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SAN MIGUEL and DELORES LAWTY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>HP INC.,<br><br>            Defendant. | Case No. 5:16-cv-05820<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR HP'S MOTION TO TRANSFER OR STAY PURSUANT TO THE FIRST-TO-FILE RULE AND FOR HP'S MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>[Declaration of Jared M. Strumwasser Filed Concurrently Herewith]<br><br>The Honorable Lucy H. Koh<br><br>Complaint filed:   Oct. 7, 2016<br>Trial date:   None Set |

Plaintiffs Richard San Miguel and Delores Lawty ("Plaintiffs"), and Defendant HP Inc. ("HP") (collectively, the "Parties"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on December 7, 2016, HP filed a Motion to Transfer or Stay Pursuant to the First-to-File Rule and a Motion to Dismiss Class Action Complaint (collectively, "the Motions") (Declaration of Jared M. Strumwasser ¶ 2);

WHEREAS, the Motions are scheduled to be heard on February 2, 2017, at 1:30 p.m., before this Court (*id.* ¶ 3);

WHEREAS, the default due date for Plaintiffs' briefing in opposition to the Motions is December 21, 2016, and the default due date for HP's reply briefing is December 28, 2016 (*id.* ¶ 4);

WHEREAS, the existing briefing schedule would create substantial hardship for the parties (*id.* ¶ 5);

WHEREAS, HP's corporate offices, including the office of its in-house legal counsel for this case, will be closed for the holidays from Friday, December 23, 2016, through Monday, January 2, 2017, which time period substantially overlaps with the time in which the default schedule would require HP's reply briefs to be written (*id.*);

WHEREAS, members of HP's outside counsel team will be out of the office for preplanned holiday travel for much of that same time period (*id.*);

WHEREAS, counsel for Plaintiffs also have preplanned holiday travel that supports modifying the default schedule (*id.*);

WHEREAS, the parties agree that good cause exists to modify the default briefing deadlines for the Motions, extending the due date for Plaintiffs' briefing in opposition to January 6, 2017, and the due date for HP's reply briefing to January 18, 2017 (*id.* ¶ 6);

WHEREAS, under this proposed modified schedule, the Motions would be fully briefed more than two weeks before the scheduled hearing date (*id.* ¶ 7);

WHEREAS, in accordance with Local Rule 5-1(i)(3), all signatories listed below, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing, and the filer so attests;

NOW THEREFORE, in accordance with Local Rule 6-2, the Parties hereby stipulate, subject to the Court's approval, to modify the briefing schedule for the Motions as follows:

<u>Modified Briefing Deadlines</u>

Opposition to HP's Motion to Transfer or Stay Pursuant to the First-to-File Rule:  January 6, 2017

Opposition to HP's Motion to Dismiss Class Action Complaint:  January 6, 2017

Reply re HP's Motion to Transfer or Stay Pursuant to the First-to-File Rule:  January 18, 2017

Reply re HP's Motion to Dismiss Class Action Complaint:  January 18, 2017

Dated:  December 15, 2016    Samuel G. Liversidge
Rodney J. Stone
Jared M. Strumwasser
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Jared M. Strumwasser*
Jared M. Strumwasser

Attorneys for Defendant HP INC.

Dated:  December 15, 2016    Daniel C. Girard
Jordan Elias
Elizabeth Kramer
GIRARD GIBBS LLP

By:  */s/ Elizabeth Kramer*
Elizabeth Kramer

Attorneys for Plaintiffs RICHARD SAN MIGUEL and DELORES LAWTY

**IT IS SO ORDERED.**

Dated:  December 16, 2016

By:  *Lucy H. Koh*
Honorable Lucy H. Koh