DANIEL C. GIRARD (SBN 114826)
JORDAN ELIAS (SBN 228731)
ELIABETH A. KRAMER (SBN 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com
je@girardgibbs.com
eak@girardgibbs.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SAN MIGUEL and DELORES LAWTY, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>HP INC.,<br><br>           Defendant. | No. 5:16-cv-05820-LHK<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

2    named parties, there is no such interest to report.

3

4    DATED: December 27, 2016                    GIRARD GIBBS LLP

5                                                /s/ Elizabeth A. Kramer
                                                 Elizabeth A. Kramer
6
                                                 Daniel C. Girard (SBN 114826)
7                                                Jordan Elias (SBN 228731)
                                                 Elizabeth A. Kramer (SBN 293129)
8                                                601 California Street, 14th Floor
                                                 San Francisco, CA 94108
9                                                Tel: (415) 981-4800
                                                 Fax: (415) 981-4846
10                                               dcg@girardgibbs.com
                                                 je@girardgibbs.com
11                                               eak@girardgibbs.com
12
                                                 Counsel for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                 1
                              CERTIFICATION OF INTERESTED PARTIES
                                   CASE NO. 5:16-cv-05820-LHK