# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Miguel, et al.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>HP Inc.<br><br>　　　　　Defendant(s) | CASE No C 16-cv-05820-LHK<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
   JAMS or another mutually agreeable provider.

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: w/in 30d of a class cert. ruling

Date: 1/10/2017　　　　　　　　　/s/ Elizabeth A. Kramer
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: 1/10/2017　　　　　　　　　/s/ Jared M. Strumwasser
　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:
　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

## ATTESTATION

I, Elizabeth A. Kramer, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order Selecting ADR Process. I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories.

DATED: January 10, 2017                     /s/ Elizabeth A. Kramer
                                                                   Elizabeth A. Kramer (SBN 293129)

                                                                   **GIRARD GIBBS LLP**
                                                                   601 California Street, Suite 1400
                                                                   San Francisco, California 94108
                                                                   Tel: (415) 981-4800

                                                                   *Counsel for Plaintiffs Richard San Miguel*
                                                                   *and DeLores Lawty*