# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WARE, <br><br>    Plaintiff(s) <br><br> v. <br><br> HP INC., <br><br>    Defendant(s) | CASE No C 16-cv-06519-LHK <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Private ADR** (*specify process and provider*)
  JAMS or another mutually agreeable provider.

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

- ☒ other requested deadline: w/in 30d of a class cert. ruling

Date: 1/11/2017           /s/ Kyla J. Gibboney
                                   Attorney for Plaintiff

Date: 1/11/2017           /s/ Jared M. Strumwasser
                                   Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: January 17, 2017                   *Lucy H. Koh*
                                   U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

ATTESTATION

I, Joseph R. Saveri, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order Selecting ADR Process. I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories.

Dated: January 11, 2017

/s/ *Joseph R. Saveri*
Joseph R. Saveri

JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Counsel for Plaintiff Christopher Ware*