UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SAN MIGUEL, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>HP INC.,<br><br>              Defendant. | Case Nos. 16-CV-05820-LHK<br>              16-CV-06519-LHK<br><br>**CASE MANAGEMENT ORDER** |
| CHRISTOPHER WARE,<br><br>              Plaintiff,<br><br>       v.<br><br>HP INC.,<br><br>              Defendant. | |

Plaintiffs Sam Miguel and DeLores Lawty's Attorneys: Dan Girard, Elizabeth Kramer
Plaintiff Ware's Attorney: Kyla Gibboney
Defendant's Attorney: Rod Stone

    An initial case management conference was held on January 18, 2017.  A further case management conference is set for February 15, 2017, at 2:00 p.m.  The parties shall file their joint case management statement by February 8, 2017.

1

Case No. 16-CV-05820-LHK, 16-CV-06519-LHK
CASE MANAGEMENT ORDER

Pursuant to the parties' stipulation, the Court hereby consolidates the *San Miguel* and *Ware* actions.

The parties shall file by January 25, 2017, a stipulation as to how this Court's ruling on Defendant's motion to dismiss in the *San Miguel* case will apply to the *Ware* case.

The hearing on Defendant's motion to transfer is hereby continued to March 9, 2017, at 1:30 p.m. The hearing on Defendant's motion to dismiss is hereby continued to March 16, 2017, at 1:30 p.m.

The parties shall exchange initial disclosures by January 20, 2017.

The discovery limits of the Federal Rules of Civil Procedure shall govern this case.

**IT IS SO ORDERED.**

Dated: January 18, 2017

_____
LUCY H. KOH
United States District Judge

Case No. 16-CV-05820-LHK, 16-CV-06519-LHK
CASE MANAGEMENT ORDER