**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD SAN MIGUEL and DELORES LAWTY, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br>   v.<br>HP INC.,<br><br>                 Defendant. | Case No. 5:16-cv-05820-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION THAT CASES SHOULD BE RELATED [N.D. CAL. CIV. L.R. 3-12, 7-11 & 7-12]** |

1       This matter came before the Court. Having considered Plaintiffs' Motion to Consider Whether Cases Should be Related ("Motion"), and all other papers filed concerning the Application, as well as all other pertinent documents and pleadings filed by the parties in this action, and, for good cause appearing, the Court hereby ORDERS that:

      1.     Plaintiffs' Motion is GRANTED; and

      2.     The action entitled *Doty v. HP Inc*., Case No. 5:17-cv-00521-HRL (the "Doty Action"), is hereby related to the above captioned action (the "San Miguel Action") for all purposes.

IT IS SO ORDERED.

Dated: _____             _____

                                              THE HONORABLE LUCY H. KOH
                                                 United States District Judge