Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Elizabeth A. Kramer (SBN 293129)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
dcg@girardgibbs.com
je@girardgibbs.com
eak@girardgibbs.com

*Attorneys for Plaintiffs Richard San Miguel and DeLores Lawty*

Joseph R. Saveri (State Bar No. 130064)
Nicomedes S. Herrera (State Bar No. 275332)
Kyla J. Gibboney (State Bar No. 301441)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Ste. 1210
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940
jsaveri@saverilawfirm.com
nherrera@saverilawfirm.com
kgibboney@saverilawfirm.com

*Attorneys for Plaintiff Christopher Ware*

Samuel G. Liversidge (SBN 180578)
Rodney J. Stone (SBN 145405)
Jared M. Strumwasser (SBN 275326)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7365
sliversidge@gibsondunn.com
rstone@gibsondunn.com
jstrumwasser@gibsondunn.com

*Attorneys for Defendant HP Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SAN MIGUEL and DELORES LAWTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | Case No. 5:16-cv-05820-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  February 15, 2017<br>Time:  2:00 p.m.<br>Courtroom:  8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

| | |
|---|---|
| CHRISTOPHER WARE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>HP INC.,<br><br>      Defendant. | Case No. 5:16-cv-06519-LHK |

Case No. 5:16-cv-05820-LHK
Case No. 5:16-cv-06519-LHK

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Plaintiffs Richard San Miguel and Delores Lawty, and plaintiff Christopher Ware (collectively, "Plaintiffs"), and Defendant HP Inc. ("Defendant" or "HP"), submit this Joint Case Management Conference Statement in advance of the February 15, 2017 Case Management Conference. As used herein, "Parties" refers to all Plaintiffs and Defendant.[1]

I. **Case Progress**

Since the Parties' January 18, 2017 Initial Case Management Conference, the litigation has progressed as follows.

A. *Doty v. HP Inc.*

Counsel for HP and Plaintiff Doty stipulated to voluntarily transfer *Doty v. HP Inc.*, No. 5:16-cv-02063 ("*Doty*") from the Central District to the Northern District of California. *Doty*, ECF Nos. 22-25. The *Doty* action is currently assigned to Magistrate Judge Howard R. Lloyd and has been assigned case number 5:17-cv-00521-HRL. On February 8, Plaintiffs filed an administrative motion to relate *Doty* to *San Miguel*. *San Miguel*, ECF No. 50.

B. *Mullins v. HP Inc.*

The Court ordered *Mullins, et al. v. HP Inc.*, No. 17-CV-00141-NC (N.D. Cal. filed Jan. 11, 2017) ("*Mullins*"), related to *San Miguel* pursuant to Civil Local Rule 3-12 on January 23, 2017. *San Miguel*, ECF No. 48. On February 6, 2017, this Court recused itself from the *Mullins* case. *Mullins*, ECF No. 25. The *Mullins* case was then reassigned to the Honorable Edward J. Davila. *Mullins*, ECF No. 26.

C. **Judicial Panel on Multidistrict Litigation Proceedings**

On January 24, 2017, Plaintiffs San Miguel and Lawty notified the Judicial Panel on Multidistrict Litigation that HP and Doty had agreed to a voluntary transfer of *Doty* to the Northern District of California, removing the multidistrict character of the cases and mooting the motion for centralization. *In re: HP Printer Cartridge Authentication Firmware Litig.*, MDL No. 2763 (J.P.M.L. filed Dec. 5, 2016), ECF No. 21. On January 25, 2017, the Panel issued an order deeming the motion

---

[1] The Court consolidated *San Miguel v. HP Inc.*, No. 16-cv-05820, and *Ware v. HP Inc.*, No. 16-cv-06519, at the Initial Case Management Conference on January 18, 2017. The Parties submit this Joint Statement in the lead case, *San Miguel v. HP Inc.*, No. 16-cv-05820, only.

Case No. 5:16-cv-05820-LHK
Case No. 5:16-cv-06519-LHK                   1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

withdrawn and vacating the January 26, 2017 hearing. MDL No. 2763, ECF No. 22.

### D. Pending Motions

HP's pending First-to-File Motion, seeking to stay or transfer *San Miguel* (ECF No. 18), and its Motion to Dismiss (ECF No. 19) are currently scheduled to be heard on March 9, 2017 and March 16, 2017, respectively. Should a master consolidated complaint be filed (discussed below), the Parties agree that HP's pending motions will be mooted. The Stipulation and Order regarding the applicability of HP's Motion to Dismiss to Plaintiff Ware's claims (ECF No. 49) will also be mooted.

### E. Initial Disclosures

The Parties exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on January 20, 2017.

## II. Upcoming Motions and Scheduling Issues

The Parties anticipate the following motion practice in the near term.

### A. Motion to Consolidate

<u>Plaintiffs' position</u>: Plaintiffs will move to consolidate *Doty* with *San Miguel* and *Ware* under Rule 42(a), and move for appointment of interim class counsel under Rule 23(g). Plaintiffs anticipate that the motion will include stipulations and a proposed date for Plaintiffs to file a consolidated complaint, along with a briefing schedule in connection with HP's responsive pleading and a proposed trial schedule. *Mullins*, which is no longer before this Court, will not be included in the consolidation motion. Plaintiffs understand that the *Mullins* plaintiffs may be willing to stay or dismiss their action in deference to a consolidated action proceeding before this Court, such that the litigation will effectively proceed in a single forum.

<u>HP's position</u>: HP agrees that a motion to consolidate *Doty* with *San Miguel* and *Ware* would be proper, but, if the *Mullins* case is not voluntarily dismissed (as it currently stands), HP believes that the *Mullins* case should be consolidated as well. Currently, the *Doty* case is pending before Magistrate Judge Lloyd, and the *Mullins* case is pending before Judge Davila—all of these related actions should be collapsed into one forum, proceeding under one consolidated master class action complaint.[2]

---

[2] HP stipulated to transfer the *Doty* case to the Northern District of California specifically to ensure that all the actions would proceed before one court, as Plaintiffs had requested.

Requiring the parties to litigate overlapping suits in parallel would be antithetical to judicial efficiency, would unnecessarily increase litigation costs on duplicative motion practice and discovery, and would run the risk of conflicting rulings, which Plaintiffs appear to acknowledge here, and which they have repeatedly acknowledged in filings and statements.

At the January 18, 2017 Case Management Conference before this Court, the Parties agreed:

> [Plaintiffs' counsel]:  And *we just want to be in one court* and we want to get to the merits, and we think this is the logical court. *If it's not this one, we will accept any other court. We want all the cases to be in one court though, because we have experienced dueling class actions and it doesn't work.*
>
> [HP's counsel]:  HP agrees with that. We certainly want to be in one forum as well.

1/18/2017 CMC Tr. at 21:23-22:5 (emphases added). Plaintiffs similarly recognized in connection with HP's First-to-File Motion that "[w]hether these cases proceed in the Northern District or the Central District is less important than that they proceed *in a single court*." ECF No. 28 at 6 (emphasis added). Plaintiffs told the Judicial Panel on Multidistrict Litigation the same thing, that they "believe the litigation should be coordinated *in a single court*," because "*[t]he alternative of competing class actions is unacceptable*, as it will result in duplication of effort, inconsistent rulings and fragmented representation of the class." MDL No. 2763, ECF No. 16 at 2 (emphases added). And with respect to global consolidation specifically, Plaintiffs noted at the January 18, 2017 Case Management Conference that consolidating *all* the related cases would be appropriate: "[Plaintiffs' counsel]: I think there's no objection to consolidation of the cases that are before this court. Meaning *San Miguel*, *Ware* and *Mullins*, they are all closely related. And so I think the court can order those cases consolidated." 1/18/2017 CMC Tr. at 12:3-7 (emphasis added).

Now that all of the related cases are pending in one district, there should be no hurdles to consolidating them "in a single court," and the alternative—litigating the same issues before multiple judges in one district—would clearly make no sense. HP would be pleased to have all of the related cases proceed before this Court. If the *Mullins* case is voluntarily dismissed, as Plaintiffs suggest is a possibility (but not a certainty), then all of the remaining cases can proceed on a consolidated basis before this Court (assuming the *Doty* action is reassigned to this Court). If the *Mullins* case is not voluntarily dismissed, however, then global consolidation before this Court does not seem possible. In

that circumstance, in light of this Court's recusal in *Mullins* and that case's reassignment to Judge Davila, it appears that the most efficient method for global consolidation would be for these remaining cases to also be reassigned to Judge Davila. Either path is fine with HP, but to the extent Plaintiffs are suggesting that these cases may proceed on separate tracks before different judges in this district, HP strongly disagrees.

**B.  Case Scheduling**

Subject to the foregoing and depending on the Court's availability and preference, and depending on whether the cases are reassigned to Judge Davila or remain in this Court, the Parties propose the following competing schedules:

| Event | Plaintiffs' Proposal | HP's Proposal |
|---|---|---|
| Consolidated Complaint: | March 1, 2017 | March 1, 2017 |
| HP's Response: | April 3, 2017 | April 3, 2017 |
| Plaintiffs' Opposition: | April 26, 2017 | April 26, 2017 |
| HP's Reply: | May 10, 2017 | May 10, 2017 |
| Class certification motion: | July 14, 2017 | September 18, 2017 |
| Class certification opposition: | August 4, 2017 | November 17, 2017 |
| Class certification reply: | August 25, 2017 | December 18, 2017 |
| ADR/initial mediation: | 30 days after class cert. ruling | 30 days after class cert. ruling |
| Status report on initial mediation: | 7 days after mediation | 7 days after mediation |
| Substantial completion of document production: | June 30, 2017 | December 6, 2017 |
| Non-expert discovery cutoff: | November 6, 2017 | April 18, 2018 |
| Expert reports: | February 9, 2018 | May 18, 2018 |
| Rebuttal expert reports: | March 9, 2018 | June 29, 2018 |
| Reply expert reports: | March 30, 2018 | July 20, 2018 |
| Dispositive motions: | April 27, 2018 | August 17, 2018 |
| Pretrial Conference: | August 10, 2018 | November 29, 2018 |
| Trial: | August 27, 2018 | December 10, 2018 |

Case No. 5:16-cv-05820-LHK
Case No. 5:16-cv-06519-LHK

4

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Dated: February 8, 2017

Respectfully submitted,

By: _____/s/ Joseph R. Saveri_____

Joseph R. Saveri (State Bar No. 130064)
Nicomedes S. Herrera (State Bar No. 275332)
Kyla J. Gibboney (State Bar No. 301441)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
nherrera@saverilawfirm.com
kgibboney@saverilawfirm.com

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Elizabeth A. Kramer (State Bar No. 293129)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
dcg@girardgibbs.com
je@girardgibbs.com
eak@girardgibbs.com

Daniel R. Karon (*pro hac vice* pending)
KARON LLC
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
dkaron@karonllc.com

Vincent J. Esades (*pro hac vice* pending)
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338.4605
Facsimile: (612) 338-4692
vesades@heinsmills.com

*Attorneys for Plaintiffs Richard San Miguel, DeLores Lawty and Christopher Ware*

By:  */s/ Samuel G. Liversidge*

Samuel G. Liversidge (SBN 180578)
Rodney J. Stone (SBN 145405)
Jared M. Strumwasser (SBN 275326)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7365
*sliversidge@gibsondunn.com*
*rstone@gibsondunn.com*
*jstrumwasser@gibsondunn.com*

*Attorneys for Defendant HP Inc.*

## ATTESTATION

I, Joseph R. Saveri, am the ECF User whose identification and password are being used to file this Joint Case Management Conference Statement, I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

DATED:  February 8, 2017         */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri