UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SAN MIGUEL, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>HP INC.,<br><br>  Defendant. | Case No. 16-cv-05820-LHK<br><br><br>**REASSIGNMENT ORDER** |

GOOD CAUSE APPEARING THEREFOR,

Pursuant to the agreement of the undersigned judges, IT IS ORDERED that this case is reassigned to the Honorable Edward J. Davila for all further proceedings. Counsel is hereby instructed that all future filings shall bear the new initials **EJD** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Briefing schedules, including ADR and other deadlines remain unchanged.

Dated: February 16, 2017

_____
Lucy H. Koh, U.S. District Judge
Transferring Judge

_____
Edward J. Davila, U.S. District Judge
Accepting Judge

Dated: February 23, 2017

_____
Phyllis J. Hamilton
Chief Judge (for the Executive Committee)