UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SAN MIGUEL, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>HP INC.,<br><br>        Defendant. | Case No.  5:16-cv-05820-EJD<br><br>**ORDER RELATING CASE** |

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a Sua Sponte Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed.

      As the judge assigned to San Miguel v. HP Inc., Case No. 5:16-cv-05820-EJD, I find that the more recently filed case, Doty v. HP, Inc., Case No. 5:17-cv-00521-HRL, is related to the case assigned to me, and such case shall be reassigned to me.

      The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the court.  The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated

1

Case No.: 5:16-cv-05820-EJD
ORDER RELATING CASE

1  and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by

2  the ADR Local Rules remain in effect; and any deadlines established in a case management order

3  continue to govern, except dates for appearance in court, which will be rescheduled by the newly

4  assigned judge.

6  **IT IS SO ORDERED.**

7  Dated:  March 10, 2017



EDWARD J. DAVILA
United States District Judge