| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826) | Samuel G. Liversidge (SBN 180578) |
| Jordan Elias (State Bar No. 228731) | Rodney J. Stone (SBN 145405) |
| Elizabeth A. Kramer (State Bar No. 293129) | Jared M. Strumwasser (SBN 275326) |
| **GIRARD GIBBS LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| 601 California Street, Suite 1400 | 333 South Grand Avenue |
| San Francisco, CA 94104 | Los Angeles, CA 90071-3197 |
| Telephone: (415) 981-4800 | Telephone: (213) 229-7365 |
| Facsimile: (415) 981-4846 | Facsimile: (213) 229-6365 |
| dcg@girardgibbs.com | sliversidge@gibsondunn.com |
| je@girardgibbs.com | rstone@gibsondunn.com |
| eak@girardgibbs.com | jstrumwasser@gibsondunn.com |

*Attorneys for Plaintiffs Richard San Miguel and DeLores Lawty*

*Attorneys for Defendant HP Inc.*

Todd M. Friedman (State Bar No. 216752)
Adrian R. Bacon (State Bar No. 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff Robert Doty*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD SAN MIGUEL and DELORES LAWTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HP INC.,<br><br>Defendant. | Case No. 5:16-cv-05820-EJD-SvK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS** |

| | |
|---|---|
| ROBERT DOTY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>HP, INC. and DOES 1-10,<br><br>        Defendant(s). | Case No. 5:17-cv-00521-HRL |
| CHRISTOPHER WARE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>HP INC.,<br><br>        Defendant. | Case No. 5:16-cv-06519-SVK-EJD |

Pursuant to Federal Rule of Civil Procedure 42(a), all Plaintiffs in the above-captioned actions and Defendant HP Inc. ("HP") stipulate and request that their actions ("the Related Actions") be consolidated for all pretrial and trial proceedings. The Related Actions, brought on behalf of overlapping putative classes of HP printer purchasers, are:

- *San Miguel v. HP Inc.*, No. 5:16-cv-05820-SVK-EJD ("*San Miguel*")—filed on October 7, 2016 and reassigned to this Court on February 23, 2017. Dkt. No. 54.[1]
- *Ware v. HP Inc.*, No. 5:16-cv-06519-SVK-EJD ("*Ware*")—filed on November 9, 2016, related to *San Miguel* on December 16, 2016, consolidated with *San Miguel* on January 18, 2017, and reassigned to this Court on February 23, 2017. *Ware*, Dkt. Nos. 16, 31, 35.

---

[1] Unless otherwise noted, all citations to docket entries refer to the *San Miguel* docket.

- *Doty v. HP, Inc.*, No. 5:17-cv-00521-HRL ("*Doty*")—filed on September 28, 2016 in the Central District of California, transferred to this District on January 26, 2017 pursuant to a stipulation under 28 U.S.C. § 1404, and related to *San Miguel* on March 10, 2017.  *Doty*, Dkt. Nos. 22-25, 57.

Having conferred, all parties agree that consolidation of these Related Actions involving overlapping putative classes of HP printer purchasers will advance the just and efficient progress of this litigation.  *See* Fed. R. Civ. P. 42(a).  If the Court acts to consolidate the Related Actions, the parties request that the Court approve their negotiated schedule, set forth below, for the filing of a consolidated complaint and for the briefing on HP's expected motion to dismiss.

**STIPULATION**

WHEREFORE, the undersigned attorneys of record for the parties hereby agree and stipulate as follows, subject to approval of the Court.

1. Pursuant to Federal Rule of Civil Procedure 42, the above-captioned cases are consolidated for all pretrial and trial proceedings.

2. Each document filed by a party to this litigation shall bear the following caption and the *San Miguel* case number, and all filings shall be made only in this consolidated action:

In re HP Printer Firmware Update Litigation  |  No. 5:16-cv-05820-EJD

3. Plaintiffs will file a consolidated complaint by March 22, 2017.  HP will respond to the consolidated complaint within 21 days.  If HP moves to dismiss, Plaintiffs' response will be due within 14 days, and any reply of HP will be due within 7 days.

4. HP has no obligation to respond to any complaint previously filed in the Related Actions.  All previously scheduled events and deadlines in the Related Actions, including the hearing on HP's motion to dismiss in *San Miguel*, are VACATED.

5. Any cases that are filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact shall be consolidated with this consolidated action, unless the Court orders otherwise.  Any objection to such consolidation must be filed within 14 days after notice to counsel for the plaintiff(s) in the newly-filed action.

1    **IT IS SO STIPULATED.**

2    Dated: March 14, 2017                           **GIRARD GIBBS LLP**

3                                                   By: /s/ *Daniel C. Girard*
                                                        Daniel C. Girard
4

5                                                   Daniel C. Girard (State Bar No. 114826)
                                                    Jordan Elias (State Bar No. 228731)
6                                                   Elizabeth A. Kramer (State Bar No. 293129)
                                                    601 California Street, Suite 1400
7                                                   San Francisco, CA 94104
                                                    Telephone: (415) 981-4800
8                                                   Facsimile: (415) 981-4846
                                                    Email: dcg@girardgibbs.com
9                                                   Email: je@girardgibbs.com
                                                    Email: eak@girardgibbs.com
10

11
                                                    *Attorneys for Plaintiffs Richard San Miguel and*
12                                                  *DeLores Lawty*

13   Dated: March 14, 2017                          **THE LAW OFFICES OF TODD M.**
                                                    **FRIEDMAN, P.C.**
14

15                                                  By: /s/ *Todd M. Friedman*
                                                        Todd M. Friedman
16

17                                                  Todd M. Friedman (State Bar No. 216752)
                                                    Adrian R. Bacon (State Bar No. 280332)
18                                                  21550 Oxnard St., Suite 780
                                                    Woodland Hills, CA 91367
19                                                  Telephone: (424) 285-6006
                                                    Facsimile: (866) 633-0228
20                                                  Email: tfriedman@toddflaw.com
                                                    Email: abacon@toddflaw.com
21

22                                                  *Attorneys for Plaintiff Robert Doty*

23   Dated: March 14, 2017                          **JOSEPH SAVERI LAW FIRM, INC.**
24

25                                                  By: /s/ *Joseph R. Saveri*
                                                        Joseph R. Saveri
26

27                                                  Joseph R. Saveri (State Bar No. 130064)
                                                    Nicomedes Sy Herrera (State Bar No. 275332)
28                                                  Kyla J. Gibboney (State Bar No. 301441)
                                                    JOSEPH SAVERI LAW FIRM, INC.

555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: nherrera@saverilawfirm.com
Email: kgibboney@saverilawfirm.com

*Attorneys for Plaintiff Christopher Ware*

Dated: March 14, 2017                    **GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Jared M. Strumwasser*
      Jared M. Strumwasser

Samuel G. Liversidge (State Bar No. 180578)
Rodney J. Stone (State Bar No. 145405)
Jared M. Strumwasser (State Bar No. 275326)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7365
Facsimile: (213) 229-6365
Email: sliversidge@gibsondunn.com
Email: rstone@gibsondunn.com
Email: jstrumwasser@gibsondunn.com

*Attorneys for Defendant HP Inc.*

## ATTESTATION

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated: March 14, 2017                    By: /s/ *Daniel C. Girard*
      Daniel C. Girard

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The Clerk shall close Case Nos. 5:16-cv-06519-EJD and 5:17-cv-00521-EJD. The Motion to Dismiss filed in Case No. 5:16-cv-05820-EJD (Dkt. No. 19) is TERMINATED.

Dated: March 15, 2017                    By: _____
      The Honorable Edward J. Davila
      United States District Judge