Todd M. Friedman (State Bar No. 216752)
Adrian R. Bacon (State Bar No. 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Tel: (877) 206-4741
*tfriedman@toddflaw.com*
*abacon@toddflaw.com*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dcg@girardgibbs.com*
*je@girardgibbs.com*
*eak@girardgibbs.com*

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HP PRINTER FIRMWARE UPDATE LITIGATION | Case No. 5:16-cv-05820-EJD<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons or entities, other than the named parties, have a financial interest in the subject matter of this litigation or an interest that could be substantially affected by the outcome of the proceeding:

1. Robert Doty

Dated: May 30, 2017

Respectfully submitted,

By: /s/ *Todd Friedman*
Todd M. Friedman (State Bar No. 216752)
Adrian R. Bacon (State Bar No. 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, California 91367
Telephone: (877) 206-4741
Facsimile:  (866) 633-0228
*tfriedman@toddflaw.com*
*abacon@toddflaw.com*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
*dcg@girardgibbs.com*
*je@girardgibbs.com*
*eak@girardgibbs.com*

Joseph R. Saveri (State Bar No. 130064)
Nicomedes S. Herrera (State Bar No. 275332)
Kyla J. Gibboney (State Bar No. 301441)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
*jsaveri@saverilawfirm.com*
*nherrera@saverilawfirm.com*
*kgibboney@saverilawfirm.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel R. Karon (*pro hac vice* pending)
**KARON LLC**
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Facsimile:  (216) 241-8175
*dkaron@karonllc.com*

Taylor Bartlett (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile:  (205) 380-8085
*taylor@hgdlawfirm.com*

*Attorneys for Plaintiffs*