Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Elizabeth A. Kramer (SBN 293129)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
*dcg@girardgibbs.com*
*je@girardgibbs.com*
*eak@girardgibbs.com*

*Counsel for Plaintiffs*

Samuel G. Liversidge (SBN 180578)
Rodney J. Stone (SBN 145405)
Jared M. Strumwasser (SBN 275326)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7365
*sliversidge@gibsondunn.com*
*rstone@gibsondunn.com*
*jstrumwasser@gibsondunn.com*

*Counsel for Defendant HP Inc.*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

IN RE HP PRINTER FIRMWARE UPDATE LITIGATION

Case No. 5:16-cv-05820-EJD-SVK

**STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR LITIGATION**

**1.      PURPOSE**

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

**2.      COOPERATION**

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

1

**3.    PRESERVATION**

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that the parties will exchange a list of the types of ESI they believe should be preserved and the custodians, or general job titles or descriptions of custodians, for whom they believe ESI should be preserved. The parties shall add or remove custodians as reasonably necessary.

**4.    SEARCH**

The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.

**5.    PRODUCTION FORMATS**

The parties agree to produce documents and their metadata in [☐ Word, ☐ PDF, ☒ TIFF, ☒ native and/or ☐ paper or a combination thereof (check all that apply)] file formats. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

**6.    DOCUMENTS PROTECTED FROM DISCOVERY**

a)    Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

b)    Pursuant to Fed. R. Civ. P. 26(b)(5), the parties will provide a privilege log for information withheld and inadvertently produced.

c)    Communications involving counsel that post-date September 23, 2016 need not be placed on a privilege log. Communications may be identified on a privilege log by category, rather than individually, if appropriate.

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED
INFORMATION FOR LITIGATION
Case No. 5:16-cv-05820-EJD-SVK

**7.      MODIFICATION**

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  June 6, 2017

**GIRARD GIBBS LLP**

_/s/ Elizabeth A. Kramer_

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Elizabeth A. Kramer (SBN 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
_dcg@girardgibbs.com_
_je@girardgibbs.com_
_eak@girardgibbs.com_

Todd M. Friedman (State Bar No. 216752)
Adrian R. Bacon (State Bar No. 280332)
**LAW OFFICES OF TODD M.
FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, California 91367
Telephone: (877) 206-4741
Facsimile:  (866) 633-0228
_tfriedman@toddflaw.com_
_abacon@toddflaw.com_

Joseph R. Saveri (SBN 130064)
Nicomedes S. Herrera (SBN 275332)
Kyla J. Gibboney (SBN 301441)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:    (415) 395-9940
_jsaveri@saverilawfirm.com_
_nherrera@saverilawfirm.com_
_kgibboney@saverilawfirm.com_

3

Daniel R. Karon (pro hac vice pending)
**KARON LLC**
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Facsimile:  (216) 241-8175
*dkaron@karonllc.com*

Taylor Bartlett (pro hac vice)
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile:  (205) 380-8085
*taylor@hgdlawfirm.com*

*Counsel for Plaintiffs*

Dated:  June 6, 2017                 **GIBSON, DUNN, & CRUTCHER LLP**

_____/s/ *Rodney J. Stone*_____

Samuel G. Liversidge (SBN 180578)
Rodney J. Stone (SBN 145405)
Jared M. Strumwasser (SBN 275326)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7365
*sliversidge@gibsondunn.com*
*rstone@gibsondunn.com*
*jstrumwasser@gibsondunn.com*

*Counsel for Defendant HP Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/6/2017

_____
Hon. Susan van Keulen
United States Magistrate Judge

4

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED
INFORMATION FOR LITIGATION
Case No. 5:16-cv-05820-EJD-SVK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

    I, Elizabeth A. Kramer, am the ECF user whose identification and password are being used to file this Proposed Stipulated Protective Order. I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel listed above.

  DATED: June 6, 2017                     _/s/ Elizabeth A. Kramer_

---

5