Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Elizabeth A. Kramer (SBN 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dcg@girardgibbs.com*
*je@girardgibbs.com*
*eak@girardgibbs.com*

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HP PRINTER FIRMWARE UPDATE LITIGATION | Case No. 5:16-cv-05820-EJD-SVK<br><br>**DECLARATION OF ELIZABETH A. KRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 31, 2018<br>Time: 9:00 a.m.<br>Place: Courtroom 4<br>Judge: Hon. Edward J. Davila |

I, Elizabeth A. Kramer, hereby declare under penalty of perjury:

1. I am an associate at the law firm Girard Gibbs LLP, and one of the attorneys of record for Plaintiffs Richard San Miguel, DeLores Lawty, and Richard Faust. I make this declaration based on personal knowledge. If called to do so, I could testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification, filed concurrently herewith. As set forth in the Motion, Plaintiffs request appointment of Girard Gibbs LLP, Law Offices of Todd M. Friedman, P.C., and Joseph Saveri Law Firm, Inc. as class counsel under Fed. R. Civ. P. 23(g). Plaintiffs also request that the Court designate Girard Gibbs LLP to coordinate the work of Plaintiffs' counsel in the litigation going forward.

3. Girard Gibbs has performed considerable work in this litigation. Initially, Girard Gibbs conducted a thorough investigation and filed a complaint on behalf of Plaintiffs San Miguel and Lawty. Dkt. No. 1. Then, Girard Gibbs cooperated with other Plaintiffs' counsel to prepare a consolidated complaint on behalf of all Plaintiffs. Dkt. No. 60.

4. Plaintiffs' counsel have been actively pursuing discovery to develop the case. Girard Gibbs attorneys established a document review platform; developed a protocol for, and conducted, the review and analysis of tens of thousands of pages of HP documents; examined both of HP's Rule 30(b)(6) deponents; negotiated extensively with HP's counsel over the technical inspection of Plaintiffs' computers, printers, and ink cartridges; vetted numerous experts and retained a technical consultant; and coordinated the assignment and completion of various litigation tasks among Plaintiffs' counsel in an effective and efficient manner.

5. Plaintiffs' counsel also researched and drafted a brief in opposition to HP's motion to dismiss the consolidated complaint (Dkt. No. 73), and presented oral argument on the motion on July 14, 2017.

6. More recently, Plaintiffs' counsel defended the depositions of Plaintiffs James Andrews, Richard San Miguel, and Richard Faust. Ms. Lawty's and Mr. Ware's depositions are scheduled to take place later in February 2018. Girard Gibbs monitored HP's inspection of Mr. San Miguel's computer, printer, and ink cartridges; the other Plaintiffs will make their devices available for HP's technical inspection over the next 30 days.

1

DECLARATION OF ELIZABETH A. KRAMER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 5:16-CV-05820-EJD-SVK

7. Girard Gibbs is adequate to serve as class counsel in this litigation. Girard Gibbs is a national law firm with extensive experience in prosecuting class actions, including consumer protection cases. Based in San Francisco, the firm has represented clients throughout the United States in complex consumer, antitrust, securities, civil rights, telecommunications, products liability, and privacy actions since 1995. Girard Gibbs is committed to pursuing the best interests of class members here and will continue to apply its experience and skill to vigorously prosecute these claims.

8. Girard Gibbs served as class counsel in the following cases, among others:

    a. *In re Chase Bank USA, N.A. "Check Loan" Contract Litig.*, No. 3:09-md-2032 (N.D. Cal.). Girard Gibbs served as a member of the leadership team in this multidistrict litigation. Following certification of a nationwide class of one million cardholders whose loan terms were changed by Chase, the firm helped to negotiate a $100 million settlement eight weeks before trial.

    b. *Billitteri v. Securities Am., Inc.*, No. 3:09-cv-01568-F (N.D. Tex.). Girard Gibbs served as lead counsel in an action brought by investors in a failed investment scheme. Girard Gibbs coordinated settlement negotiations with bankruptcy trustees and competing plaintiff groups, resulting in a global $150 million settlement. In approving this settlement, U.S. District Judge W. Royal Furgeson wrote: "Class counsel in this case possess great competence and experience, and the result reached in this case perfectly exemplifies their abilities. The Court has been extremely impressed with the conduct, skill, and accomplishment of class counsel throughout this litigation." 2011 WL 3585983, at *8 (N.D. Tex. Aug. 4, 2011).

    c. *In re MCI Non-Subscriber Telephone Rates Litig.*, No. 99-CV-1275 (S.D. Ill.). Girard Gibbs served as co-lead counsel and recovered an $88 million settlement for MCI telephone subscribers who were charged rates and surcharges applicable to non-subscribers instead of the lower advertised rates. In approving the settlement, U.S. District Judge David Herndon highlighted "the complexity of the issues involved; the vigorous opposition Plaintiffs' counsel faced from sophisticated and well-funded Defendants represented by skilled counsel; the achievement of a very large cash settlement fund under these conditions"; and the "design and implementation of a computerized claims process, which appears to have been highly successful" [ECF No. 130].

2

DECLARATION OF ELIZABETH A. KRAMER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 5:16-CV-05820-EJD-SVK

d. *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M07-1827 SI (N.D. Cal.). Girard Gibbs represented direct purchasers of LCD screens as liaison counsel in a price-fixing class action under federal law. Total recovery achieved for the direct purchasers exceeded $470 million.

e. *Allen Lund Co., Inc. v. AT&T Corp.*, No. C 98-1500-DDP (AJW) (C.D. Cal.). Girard Gibbs was appointed class counsel by U.S. District Judge Dean D. Pregerson in this suit on behalf of small businesses whose long-distance service was improperly switched to Business Discount Plan, Inc. In December 1999, the court approved a settlement providing for full cash refunds and free long-distance telephone service.

f. *Corona v. Sony Pictures Entertainment, Inc.*, No. 2:14-cv-09600-RGK (C.D. Cal.). Girard Gibbs served as co-lead counsel in this action arising out of the cyberattack against Sony Pictures attributed to North Korean operatives. U.S. District Judge Gary Klausner approved a class-wide settlement in April 2016 [ECF 165].

g. *In re H&R Block Express IRA Litig.*, MDL No. 1786, No. 4:06-md-1786 (W.D. Mo.). Girard Gibbs served as co-lead counsel on behalf of consumers who invested in H&R Block retirement accounts and were assessed inadequately disclosed fees. The case settled in coordination with an action by the New York Attorney General and recovered $19.5 million, with consumers receiving full refunds of all fee payments with interest.

h. *In re Lehman Brothers Equity/Debt Sec. Litig.*, No. 08-Civ-5523 (S.D.N.Y.). Girard Gibbs served as court-appointed lead counsel for a certified class of retail investors in structured products sold by UBS Financial Services, Inc. The case followed the collapse of Lehman Brothers Holdings, Inc.—the largest bankruptcy in U.S. history. The plaintiffs alleged that UBS misrepresented Lehman's financial condition and failed to disclose that the "principal protection" feature of many of the notes depended upon Lehman's solvency. Girard Gibbs negotiated a $120 million settlement.

i. *Mitchel v. American Fair Credit Assoc.*, No. 785811-2 (Cal. Super. Ct. Alameda County); *Mitchell v. Bankfirst, N.A.*, No. C-97-1421-MMC (N.D. Cal.). Girard Gibbs served as lead counsel in a predatory lending class action that resulted in a settlement valued at over $40 million in refunds, elimination of adverse credit references, and debt forgiveness.

9. In these and many other cases, Girard Gibbs attorneys have demonstrated their commitment to the responsible and efficient management of complex civil litigation. Girard Gibbs is well-qualified to serve as class counsel here.

10. The following exhibits, attached hereto, are submitted in support of Plaintiffs' Motion for Class Certification:

   a. **Exhibit 1** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000011427 to HP-0000011432.

   b. **Exhibit 2** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000006665 to HP-0000006677.

   c. **Exhibit 3** is a true and correct copy of a document produced by Plaintiff DeLores Lawty in this litigation with the Bates range HP_LAWTY00019 to HP_LAWTY00020.

   d. **Exhibit 4** is a true and correct copy of a document produced by Plaintiff Richard San Miguel in this litigation with the Bates stamp HP_SANMIGUEL00011.

   e. **Exhibit 5** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000011443 to HP-0000011488.

   f. **Exhibit 6** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000009346 to HP-0000009356.

   g. **Exhibit 7** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000007177 to HP-0000007181.

   h. **Exhibit 8** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000001861 to HP-0000001869.

   i. **Exhibit 9** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000008974 to HP-0000008983.

   j. **Exhibit 10** is a true and correct copy of excerpts from a document produced by HP in this litigation with the Bates stamp HP-0000002018.

   k. **Exhibit 11** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000005358 to HP-0000005361.

4

DECLARATION OF ELIZABETH A. KRAMER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 5:16-CV-05820-EJD-SVK

l. **Exhibit 12** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000003781 to HP-0000003784.

m. **Exhibit 13** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000006693 to HP-0000006694.

n. **Exhibit 14** is a true and correct copy of a document produced by HP in this litigation with the Bates stamp HP-0000006695.

o. **Exhibit 15** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000006512 to HP-0000006514.

p. **Exhibit 16** is a true and correct copy of a document produced by HP in this litigation with the Bates stamp HP-0000003807.

q. **Exhibit 17** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000003795 to HP-0000003796.

r. **Exhibit 18** is a true and correct copy of a document produced by Plaintiff Richard Faust in this litigation with the Bates range HP_FAUST00001 to HP_FAUST00002.

s. **Exhibit 19** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000005272 to HP-0000005274.

t. **Exhibit 20** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000010397 to HP-0000010403.

u. **Exhibit 21** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000006523 to HP-0000006530.

v. **Exhibit 22** is a true and correct copy of a document produced by Plaintiff DeLores Lawty in this litigation with the Bates range HP_LAWTY00006 to HP_LAWTY00007.

w. **Exhibit 23** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000000052 to HP-0000000055.

x. **Exhibit 24** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000000225 to HP-0000000228.

y. **Exhibit 25** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000008967 to HP-0000008968.

1   z.   **Exhibit 26** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000003430 to HP-0000003431.

aa.   **Exhibit 27** is a true and correct copy of a document produced by HP in this litigation with the Bates range HP-0000002310 to HP-0000002393.

bb.   **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of HP's Matthew Barkley, conducted, pursuant to Fed. R. Civ. P. 30(b)(6), on November 29, 2017.

cc.   **Exhibit B** is a true and correct of excerpts from the transcript of the deposition of HP's David Novak, conducted, pursuant to Fed. R. Civ. P. 30(b)(6), on October 25, 2017.

dd.   **Exhibit C** is a true and correct copy of HP's Responses to Plaintiffs' Third Set of Interrogatories, dated January 18, 2018.

ee.   **Exhibit D** is a true and correct copy of HP's Responses to Plaintiffs' First Set of Interrogatories, dated June 2, 2017.

ff.   **Exhibit E** is a true and correct copy of excerpts from HP's Amended Privilege Log, served on January 26, 2018.

gg.   **Exhibit F** is a true and correct copy of excerpts from the rough transcript of the deposition of Plaintiff Richard San Miguel, conducted on January 30, 2018.

hh.   **Exhibit G** is a true and correct copy of Plaintiff DeLores Lawty's Responses to HP's First Set of Interrogatories, dated September 29, 2017.

ii.   **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff James Andrews, conducted on December 21, 2017.

jj.   **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Richard Faust, conducted on January 25, 2018.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 7th day of February, 2018 at San Francisco, California.

By: */s/ Elizabeth A. Kramer*
Elizabeth A. Kramer

DECLARATION OF ELIZABETH A. KRAMER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 5:16-CV-05820-EJD-SVK

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the foregoing document to be served via email on counsel of record for all parties.

/s/ *Elizabeth A. Kramer*
Elizabeth A. Kramer

7

DECLARATION OF ELIZABETH A. KRAMER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 5:16-CV-05820-EJD-SVK