(REDACTED)

FILED UNDER SEAL

EXHIBIT 5

(REDACTED)

FILED UNDER SEAL

EXHIBIT 6

(REDACTED)

FILED UNDER SEAL

EXHIBIT 7

(REDACTED)

FILED UNDER SEAL

EXHIBIT 8

(REDACTED)

FILED UNDER SEAL

EXHIBIT 9

(REDACTED)

FILED UNDER SEAL

EXHIBIT 10

(REDACTED)

FILED UNDER SEAL

EXHIBIT 11

(REDACTED)

FILED UNDER SEAL

EXHIBIT 12

(REDACTED)

FILED UNDER SEAL

EXHIBIT 13

(REDACTED)

FILED UNDER SEAL

EXHIBIT 14

(REDACTED)

FILED UNDER SEAL

EXHIBIT 15

(REDACTED)

FILED UNDER SEAL

EXHIBIT 16

(REDACTED)

FILED UNDER SEAL

EXHIBIT 17