# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT E