EXHIBIT F

1                          DRAFT
2                    DRAFT TESTIMONY OF
                     RICHARD SAN MIGUEL
3                    TAKEN ON 01/30/2018
4    -->    WARNING: These draft page/line numbers
            WILL NOT MATCH the final transcript.  Do
5           not prepare video cuts or trial cites
            from this draft version.
6
            If you need an expedited final certified
7           transcript for a trial or hearing, please
            contact the court reporter via e-mail.
8
     -->    This INTERACTIVE REALTIME FEED and/or
9           UNEDITED DRAFT transcript of the
            proceedings was produced in realtime
10          instant form and is NOT CERTIFIED and may
            not be used in any way to rebut       or
11          contradict the final certified
            transcript.
12
     -->    If these proceedings have been
13          videotaped, the DRAFT will be compared
            against the videotape in order to assure
14          complete verbatim accuracy of the final
            certified transcript.
15
     -->    The receipt/order of this INTERACTIVE
16          REALTIME    FEED and/or DRAFT is
            contingent upon and constitutes an order
17          for the FINAL CERTIFIED TRANSCRIPT by the
            receiving party.  These services will not
18          be provided in the absence of an order
            for the FINAL CERTIFIED TRANSCRIPT.
19
20                  __ __ __ __ __ __
21
22
23
24
25

1                        DRAFT

2          A.   Because I've always used the IKONG

3    cartridges.

4          Q.   When you say you've always used IKONG

5    cartridges, are you referring to cartridges used

6    with the HP printer that you owned before this

7    one?

8          A.   Absolutely.

9          Q.   So when using that prior HP printer,

10   you only purchased IKONG cartridges?

11          MS. KRAMER:   Object to form.

12          A.   Maybe IKONG, whatever third-party

13   vendor I would go through.   I went through a

14   couple.

15   BY MS. THORPE:

16          Q.   So you might have purchased

17   third-party cartridges --

18          A.   I did.

19          Q.   -- from other brands?

20          A.   I did, yes.   Absolutely.

21          Q.   So when you were deciding which

22   cartridges you wanted to buy in May of 2016 for

23   your 8610, why did you pick brand IKONG as

24   opposed to other third-party brands you might

25   have purchased from in the past?

1                    DRAFT

2          MS. KRAMER:  Objection, asked and

3    answered.

4          A.  Just like I had in the past, I

5    purchased third-party cartridges and never had

6    issues, so...

7    BY MS. THORPE:

8          Q.  Before your purchase of IKONG

9    cartridges in May of 2016, did you read any

10   reviews from other customers of those cartridges?

11         A.  No, not that I recall.

12         Q.  Do you know where the IKONG

13   cartridges you purchased in May of 2016 were

14   manufactured?

15         A.  I have no idea, no.

16         Q.  Do you know where they were shipped

17   from?

18         A.  No, I have no idea.

19         Q.  So you don't recall if they were sent

20   to you from China?

21         A.  No.

22         MS. KRAMER:  Object to form.

23   BY MS. THORPE:

24         Q.  After you purchased IKONG cartridges

25   from Amazon.com in May of 2016, did you attempt

1                       DRAFT

2          A.   None whatsoever.

3          Q.   Okay.  How about when you installed a

4    black IKONG cartridge and were then using a black

5    IKONG cartridge and color IKONG cartridges, did

6    you have any printing problems at that time?

7               MS. KRAMER:  Object to form.

8          A.   I'm trying to do this

9    chronologically.  Could you rephrase that again?

10   I didn't quite follow you.

11   BY MS. THORPE:

12         Q.   Yeah.  So how -- let's just say at

13   any time using your IKONG cartridges, have you

14   had problems printing with your computer?

15         A.   Never, huh-uh, other than the ones

16   that failed.

17         Q.   Okay.  So the ones that failed.

18         A.   Yes.

19         Q.   So you were using IKONG cartridges

20   that failed?

21         A.   That's correct.

22         Q.   And you experienced printing problems

23   at that time?

24         A.   That's correct.

25         Q.   When was this?

1                          DRAFT
2              MS. KRAMER:  Objection, form.
3       BY MS. THORPE:
4              Q.  -- at that time, at the time you took
5       this photo?
6              A.  I'm not an expert.  I don't know.
7              Q.  Have you ever seen the estimated ink
8       levels display show different levels of ink on
9       the bars corresponding with color cartridges?
10             MS. KRAMER:  Object to form.
11             A.  I'm sorry, can you repeat that again?
12      BY MS. THORPE:
13             Q.  So on the photo that we're looking
14      at, it appears that the black ink cartridge is
15      half full.
16             Do you see that?
17             A.  Yes.
18             Q.  The color cartridges, the bars
19      corresponding with the color cartridges appear to
20      be empty; is that right?
21             A.  I'm not sure if that's true or not.
22      They appear to be.  Again, I don't know.
23             Q.  Okay.  So at the time you took this
24      photo, you don't know whether the color
25      cartridges were empty or not?

1                           DRAFT

2           MS. KRAMER:  Object to form.

3           A.  I don't know, but to the best of my

4  recollection, they should have had enough ink.  I

5  had not used them that much in that couple of

6  months.

7  BY MS. THORPE:

8           Q.  Can you estimate how many pages -- so

9  you said you installed your color IKONG cartridge

10 in approximately June of 2016.

11          A.  Yes.

12          Q.  And that you likely saw this display

13 in September of 2016; is that right?

14          A.  Yes.  Yes.

15          Q.  Can you estimate how many pages you

16 might have printed between June of 2016 to

17 September of 2016?

18          A.  No.

19          Q.  But you did use your -- you did print

20 with your printer during that time?

21          A.  That is correct.

22          Q.  Is it possible that the color IKONG

23 cartridges you were using on September 14th were

24 empty at that time?

25          MS. KRAMER:  Object to form.

1                      DRAFT

2        A.  I don't believe so.

3  BY MS. THORPE:

4        Q.  But you don't know, one way or the

5  other, whether they were empty?

6        A.  No.

7        MS. KRAMER:  Object to form.

8  BY MS. THORPE:

9        Q.  Okay.  I'm going to ask you about a

10  different document.  So this document has already

11  been marked as Exhibit 519.

12        I have marked as Exhibit 519 a

13  document entitled "Consolidated Complaint."

14        Do you recognize this document?

15        A.  Yes, I do.

16  BY MS. THORPE:

17        Q.  At the top of this document, it says

18  that it was filed on March 22nd, 2017.

19        Do you see that?

20        A.  Yes.

21        Q.  Did you review the contents of this

22  document before it was filed on March 22nd, 2017?

23        A.  I believe I did.

24        Q.  So you're familiar with this

25  document?

1                          DRAFT

2          A.   Yes.

3          Q.   Did you review the facts contained in

4    this document for accuracy before it was filed?

5          A.   To the best of my ability, yes.

6          Q.   And did you approve of the filing of

7    this document on March 22nd, 2017?

8          A.   I believe I did, yes.

9          Q.   I would now like to direct your

10   attention to paragraph 97.  It's appearing on

11   page 13.

12              Have you found paragraph 97?

13         A.   Yes.

14         Q.   Paragraph 97 states "Failed class

15   printers displayed the following message," and

16   then beneath that language, there is a

17   photograph.

18              Do you see that?

19         A.   Yes, I do.

20         Q.   Have you ever seen this photograph

21   before?

22         A.   I believe I have, yes.

23         Q.   Did you take this photo?

24         A.   I don't recall taking this photo, no.

25         Q.   So you say you're familiar with this

1                      DRAFT

2  photograph.  Can you tell me what it is?

3          A.  Well, it says it's a cartridge

4  problem and they appear to be missing or damaged.

5  Replace the ink cartridge to resume printing, and

6  so...

7          Q.  So it appears to be a message

8  appearing on a printer display?

9          A.  Yes.  Yes.

10         Q.  Do you recall if this message ever

11 appeared on the printer display of your 8610?

12         A.  Yes, I do.

13         Q.  When did this message appear?

14         A.  On the 14th of September.

15         Q.  Okay.  And you were using the IKONG

16 cartridges purchased from Amazon in May of 2016

17 during this time?

18         MS. KRAMER:  Objection, asked and

19 answered.

20         A.  Tell me again?  I'm sorry?

21 BY MS. THORPE:

22         Q.  Yeah.  Sorry.  Let me rephrase.

23         A.  Okay.

24         Q.  You said that you saw this message

25 appearing on your printer display on

1                          DRAFT
2    September 14th, 2016.
3          A.   Correct.
4          Q.   And at that time you were using IKONG
5    cartridges you had purchased from Amazon in May
6    of 2016?
7               MS. KRAMER:  Same objection.
8          A.   Okay.  The ones I -- yes.  Yes.  I'm
9    still -- I'm vague on your question.  I --
10   BY MS. THORPE:
11         Q.   So what cartridge -- you said you saw
12   this message appear on your printer on
13   September 14th, 2016.
14         A.   That's correct, yes.
15         Q.   What cartridges was your printer
16   using at the time you saw this message?
17         A.   On September 14th, the IKONG.
18         Q.   Okay.  And those are the IKONG
19   cartridges you bought from Amazon in May of 2016?
20         A.   That is correct.
21         Q.   Okay.  So you testified today that
22   you recall seeing the error message displayed in
23   paragraph 97 of the complaint, and you also
24   recall seeing the messages displayed in, let's
25   see, Exhibit 552 and Exhibit 553, either on your

1                         DRAFT

2    printer or your computer display.

3              Other than those messages, do you

4    recall any other error messages appearing on your

5    printer or computer?

6              MS. KRAMER:  Object to form.

7         A.  No, not at this time.  I don't

8    recall.

9    BY MS. THORPE:

10        Q.  So when using the IKONG cartridges

11   that you bought in May of 2016, the only messages

12   appearing on your -- the only error messages

13   appearing on your printer or your computer screen

14   are the ones we've already discussed today?

15             MS. KRAMER:  Object to form.

16        A.  I'm sorry, can you repeat the

17   question again, please?

18   BY MS. THORPE:

19        Q.  When using the IKONG cartridges that

20   you bought from Amazon --

21        A.  Okay.

22        Q.  -- in May of 2016 --

23        A.  Okay.

24        Q.  -- the only error messages that you

25   recall seeing are the ones we've already

1                        DRAFT

2    discussed today?

3          A.  Yes, on September the 14th.

4          Q.  How about after September 14th, do

5    you recall any other error messages while using

6    your IKONG cartridges?

7          MS. KRAMER:  Objection, asked and

8    answered.

9          A.  Other than these, I don't recall.

10   BY MS. THORPE:

11         Q.  What did you do after you received

12   the error messages we discussed on

13   September 14th?

14         MS. KRAMER:  Objection, vague.

15         A.  Well, I went to the manual and

16   followed the instructions shutting down the

17   printer, removing the cartridges, putting them

18   back in, which I think is basically protocol.

19   But nothing seemed to work.  So those were the

20   measures that I took.

21   BY MS. THORPE:

22         Q.  You said you followed the

23   instructions in the manual.  Which manual are you

24   referring to?

25         A.  HP for that particular printer.

1                    DRAFT

2        Q.  Did you ever call HP to discuss how

3   to respond to the error messages?

4        A.  Yes, I did.

5        Q.  Do you recall when you called HP?

6        A.  It was that day, on the 14th.

7        Q.  Do you recall which number you

8   called?

9        A.  It was an 800 number.  I don't recall

10  the number.

11       Q.  Where did you find that 800 number?

12       A.  I believe off the manual.  I don't

13  recall.  I just -- I'm pretty sure it was off the

14  manual.

15       Q.  So when you called HP on

16  September 14th, did you speak to anyone?

17       A.  No.

18       Q.  And why is that?

19       A.  I was put on hold for 20, 25 minutes

20  without anyone -- without talking to a single

21  person.

22       Q.  Did you ever try to call HP again

23  after that?

24       A.  No.

25       Q.  Did you ever send HP an e-mail about

1                          DRAFT

2    how to respond to these error messages?

3          A.  No, not that I recall, no.

4          MS. KRAMER:  Counsel, if we're at a

5    natural stopping point, it's been about an hour.

6          MS. THORPE:  Oh.  Yeah, sure, we can

7    break.

8          MS. KRAMER:  Just a short break would

9    be great.

10         MS. THORPE:  Thank you.

11         MS. KRAMER:  Thank you.

12         THE VIDEOGRAPHER:  We're going off

13   the record at 1339.

14         (Recess taken, 1:39 p.m. to

15   1:50 p.m.)

16         THE VIDEOGRAPHER:  We're back on the

17   record at 1351.

18   BY MS. THORPE:

19         Q.  Okay.  Before we broke or before we

20   took that break, we were discussing steps that

21   you took to address error messages that you were

22   receiving on your printer and on your computer in

23   September of 2016.

24         You mentioned that you reviewed the

25   printer manual, performed some steps outlined in

DRAFT

there.  You also tried to call HP.  Other than
those steps you described, can you describe
anything else that you did in response to the
error messages?

        A.  I may have gone online to see what
other people were doing, and -- I mean, because
the Internet was on fire, I should say, with this
issue.  And so I did follow a few suggestions but
to no avail.  Nothing worked.

        Q.  Do you recall which websites you
might have reviewed at that time?

        A.  No, these are just common -- I
don't -- no, I don't.  Just looking on the
Internet, people's comments.

        Q.  Okay.  You mentioned you received an
e-mail from IKONG customer support on
September 14th, 2016, correct?

        A.  Correct.

        Q.  Can you generally describe that
e-mail for me?

        A.  Her e-mail stated that there had been
some issues with HP with the firmware and that it
had caused cartridges to fail, and so at that
point I immediately went to try to print, and so

1          DRAFT

2          So Interrogatory 8, which appears at

3    the bottom of page 6 states, "Please state all

4    facts relating to your allegations in

5    paragraph 119 of your complaint, including but

6    not limited your allegations that even consumers

7    who were able to download and install HP's

8    remedial update cannot use their class printers

9    to scan -- to print and scan documents."

10         Do you see that?

11    A.  Yes.

12    Q.  Are you familiar with that allegation

13    in your complaint?

14    A.  Yes.

15    Q.  Do you know what this remedial update

16    refers to?

17    A.  Not sure I do.

18    Q.  So you weren't aware of any update

19    available on HP's website that would allow

20    previously disabled cartridges to -- third-party

21    cartridges to work again?

22    A.  Not from HP's website, no.

23    Q.  Okay.  And your response to

24    Interrogatory No. 8, the first paragraph contains

25    some objections and within the second paragraph

1              DRAFT

2    injury or damage as a result of any conduct by HP

3    related to your HP printer?

4              MS. KRAMER:  Object to form.

5         A.   To some extent, yes.

6    BY MS. THORPE:

7         Q.   Can you describe that for me?

8         A.   Well, aggravation.  I had to drive to

9    my daughter's house, who's a teacher as well, and

10   I had to utilize her printer, use up her ink.

11   Sometimes she was in the middle of doing work, so

12   I interrupted her workflow, so to speak, and --

13   aggravation and inconvenience, definitely, yes.

14        Q.   Okay.  You mentioned that you drove

15   to your daughter's house to print.  Do you recall

16   how many times you did that?

17        A.   Well it wasn't until I received the

18   new printer, and it was probably almost daily.

19        Q.   Okay.  Almost -- so you drove to your

20   daughter's house to print almost daily between

21   September 14th and approximately 10 days later

22   when you received the replacement cartridges from

23   IKONG?

24        A.   Approximately, yes.

25        Q.   Okay.  So the injury you state you

1                       DRAFT

2      suffered would have just been limited to that

3      approximate 10-day window?

4              MS. KRAMER:  Object to form.

5          A.  Well, yeah, but the main gist of it,

6      yes.

7      BY MS. THORPE:

8          Q.  Okay.

9          A.  And then to add to it, I'm sorry, but

10     not knowing if HP was going to implement another

11     firmware and I'm back to square one, that's

12     always on the back of my mind.

13         Q.  Is that why you changed the settings

14     on your printer so that it no longer updates

15     automatically?

16         A.  Yes.

17         Q.  And you did that sometime in

18     September 2016?

19         A.  Sometime thereafter, yes.

20         Q.  But you don't recall which steps you

21     took to do that?

22         A.  No, I just remember doing it.

23         Q.  Did you read instructions on how to

24     do that in your printer manual?

25         A.  No, it's just something that I hunt

1          DRAFT

2    and peck, so to speak, until I find something,

3    and then I will -- just like I guess clearing up

4    something on the computer, a lot of it I do by

5    hunt and peck, you know, so -- trial and error I

6    want to say.

7          Q.  Okay.  But you don't recall reading

8    anything on HP's website instructing you how to

9    turn off automatic updates?

10         A.  I'm almost sure I didn't.

11         Q.  So you described some injury you

12   claim to have suffered earlier, namely having to

13   drive to your daughter's house to print,

14   aggravation, not knowing -- uncertainty of

15   whether another firmware update would be

16   released.

17              Can you think of any other injury?

18         MS. KRAMER:  Object to form.

19         A.  No.

20   BY MS. THORPE:

21         Q.  Do you believe that you should be

22   able to use third-party non-HP ink cartridges

23   that have components that have -- that unlawfully

24   infringe HP's intellectual property?

25         MS. KRAMER:  Object to form.

1                            DRAFT

2          A.  I don't know.

3    BY MS. THORPE:

4          Q.  You said you don't know?

5          A.  I don't know.

6          Q.  If a cartridge has been imported into

7    this country illegally, do you think you have the

8    right to use it in your printer?

9               MS. KRAMER:  Same objection.

10         A.  I do not know.

11   BY MS. THORPE:

12         Q.  Do you have any contracts with any

13   third-party suppliers of ink cartridges?

14         A.  No.

15              MS. KRAMER:  Object to form.

16   BY MS. THORPE:

17         Q.  Do you anticipate having any in the

18   future?

19         A.  No.

20              MS. KRAMER:  Same objection.

21   BY MS. THORPE:

22         Q.  Do you have any business

23   relationships with any third-party suppliers of

24   ink cartridges?

25         A.  No.

1                        DRAFT

2                MS. KRAMER:  May I do a brief

3     redirect?

4                MS. THORPE:  Yes.

5                      EXAMINATION

6     BY MS. KRAMER:

7          Q.  Mr. San Miguel, for the HP printer

8     that you owned prior to the 8610, do you recall

9     how long you had that printer?

10         A.  Approximately six years.

11         Q.  And what kind of cartridges did you

12    use in that printer?

13         A.  Initially I started with HP, but

14    they're very expensive, so I went to third-party

15    cartridges and I even went to where I was using

16    ink to refill those used cartridges.  Again, I

17    was a schoolteacher.  It was a matter of survival

18    and cost.  And they worked fine.  No issues.

19         Q.  And I would like to also revisit a

20    question from defense counsel earlier regarding

21    your responsibilities as a proposed class

22    representative.

23              You mentioned your duty to preserve

24    and turn over your documents.  Are there any

25    other obligations that you understand that you

1                          DRAFT

2    need to fulfill in order to be a class

3    representative?

4          A.  Well, I just thought about that, yes,

5    you know, a duty to the persons that were

6    affected, the class, and to myself.

7          Q.  Are you prepared to testify at trial?

8          A.  Absolutely, yes.

9          Q.  Are you monitoring the litigation?

10         A.  Yes.

11         Q.  And how do you do that?

12         A.  By correspondence with counsel.

13         MS. KRAMER:  Okay.  I don't have any

14   further questions.

15         MS. THORPE:  Can I have a quick

16   follow-up on what you said?

17         MS. KRAMER:  Uh-huh.

18                    EXAMINATION

19   BY MS. THORPE:

20         Q.  So you mentioned -- you were

21   describing the cartridges that you used with your

22   previous HP printer?

23         A.  Uh-huh.

24         Q.  You said at one point you used ink to

25   refill them?