EXHIBIT H

1       UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3

4

   --------------------------x
5  IN RE HP PRINTER FIRMWARE ) No. 5:16-cv-05820-EJD-SVK
   UPDATE LITIGATION         )
6                            )
                             )
7  --------------------------x

8

9

10      VIDEOTAPED DEPOSITION OF JAMES EDWARD ANDREWS

11              Los Angeles, California

12              Thursday, December 21, 2017

13

14

15

16

17

18

19

20

21

22

23

24  Reported By: SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25  Job No: 134841

1 to me, no.

2     Q  Have you ever read the warranty that comes
3 with your printer?

4     A  I'm sure I've glanced at it, I don't know if
5 I've read it from front to back, but I know
6 warranties I read so I'm sure I read it but I don't
7 recall specifically reading it.

8     Q  When you read the warranty do you recall
9 thinking any statements in the warranty were false?

10     A  I don't recall.

11     Q  Do you believe you have suffered injury as a
12 result of any conduct by HP with respect to your
13 OfficeJet printer?

14     A  Yes.  I believe I have.

15     Q  What injury do you believe you have
16 suffered?

17     A  I don't think it is right that a reliable
18 printer that I've used third-party ink cartridges at
19 a much discounted price than genuine then HP
20 cartridges fails because of some update I should
21 have looked into receiving or should have been told
22 about.  It failed and I'm not able to use it.  In my
23 case personally since I do a lot of printing for
24 myself, for my mother, health records, recipes, this
25 Exhibit 520 is something to do with health, I

1  believe that, as I explained, my mom lives 3.2 miles
2  away from me.  So with this going on, meaning the
3  failure and of the third-party ink cartridge,
4  instead of listening to my mom on the phone -- I'm
5  going to expand on this a little bit.  My mom is
6  deaf, she is hearing-impaired, severely hearing-
7  impaired so when I talk to her at night I have a
8  regular telephone, she has a captioning telephone by
9  the State of California.  At best our conversation,
10 they don't have a red and green light, even reading
11 on the screen is hard for her, I type up the
12 conversation.  My mom asks me questions about her
13 providers, her medical providers, her health,
14 medicines, I type that up.  And then a failure
15 occurring with my printer, instead of driving from
16 where I live to where she lives to drop this off I
17 have to drive to Hemet which is the closest place
18 for me to get printouts which is over 15 miles away
19 or if I'm taking her, picking her up, then I've got
20 to stop by Staples in Highland, Staples in Hemet,
21 depending on where we are and what we're doing.  So
22 for me, not only do I have to buy the cartridges,
23 the genuine HP cartridges, at a high price, I can't
24 use third-party cartridges which I can buy at a
25 discount especially on closeout and copy cost.

1  I have to go to FedEx and print out stuff at 13
2  cents for a black and white copy as opposed to
3  printing it right there, especially with my
4  schedule.  My schedule, I'm unemployed, I'm
5  medically separated pending medical retirement, I
6  have very many medical appointments.  Those
7  appointments, there's a lot of information that I
8  get typed up, I have to discuss with my doctor at
9  the Veterans Hospital, at other hospitals.  So
10 anything that takes me out of my daily routine for
11 me causes a lot of hardship.  Not for me but for my
12 mother as well.  So that's what I consider harm.
13 And I don't like the fact that a company -- I bought
14 this, I didn't do -- I didn't go onto their website
15 prior to buying this, I had good experience with
16 this company.  I don't like fact that I have to look
17 and seek out answers for a problem that the more and
18 more I read about they knew about and caused.
19     Q   Do you believe you should be able to use
20 third-party ink jet cartridges that contain cloned
21 chips that infringe HP's intellectual property?
22     A   I need you to repeat that for me.
23     Q   Well, if the third-party inkjet cartridges
24 has a chip in it that's copied from HP that's
25 unlawful and violates HP's intellectual property do