EXHIBIT I

1      IN THE UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3                    ---oOo---
4
5  IN RE:
6  HP PRINTER FIRMWARE
   UPDATE LITIGATION,         No. 5:16-cv-05820-EJD-SVK
7  _____/
8
9
10       VIDEOTAPED DEPOSITION OF RICHARD FAUST
11              SACRAMENTO, CALIFORNIA
12            THURSDAY, JANUARY 25, 2018
13
14
15
16
17
18
19
20
21  BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22       CSR LICENSE NO. 9830
23       JOB NO. 135769
24
25

1  Q   I'd like to introduce exhibit -- strike that.
2      Do you recall when you first reached out to
3  HP?
4  A   I know I've went through calendars, and I've
5  given the dates, to my -- the best of my recollection,
6  to my attorneys.  I'm going to take a stab at this.
7      I'm going to walk you through.  My
8  recollection is September, I noticed the error
9  message.  I did some research.  Tried to fix the
10 problem myself.
11     At one point, I found an article about the
12 firmware update and how it was causing printers to --
13 to crash everywhere.  So, at that point, I decided
14 that this was not something I could fix on my own, and
15 I contacted HP at that point.  I want to guess that it
16 was some time in October.
17 Q   You said you tried to fix the problem.  What
18 did you do to try and fix the problem?
19 A   So Internet research.  I went through online
20 forums, where people talk about problems they have,
21 you know, various things you could do to fix it.  None
22 of them -- a lot of -- there was copious information
23 about the problem, but nothing on how to fix it.
24 Q   Did you do anything else, besides research,
25 to try and fix the problem?

1  A   I purchased -- because the error message said
2  that the ink cartridge was missing, or whatever it
3  said, I purchased -- and indicated it was the yellow
4  that was faulty -- I purchased a new yellow ink
5  cartridge from Amazon, the one that was reflected on
6  that receipt, and installed that.  That did not
7  correct the problem.
8         MR. HANSEN:  I'd like to introduce
9  Exhibit 532.
10         (Document marked Exhibit 532
11          for identification.)
12         MR. HANSEN:  This document is Bates stamped
13  HPFAUST00009.
14    Q   Do you recognize this document, Mr. Faust?
15    A   Yes.  This is the -- the yellow ink cartridge
16  that I was just talking about.
17    Q   Is this the order confirmation from
18  Amazon.com for the yellow ink cartridge you bought for
19  your HP printer?
20    A   Correct.
21    Q   Do you recall what brand that ink cartridge
22  was?
23    A   Well, no, I don't.
24    Q   Do you remember if it was an HP ink
25  cartridge?

1      A    I believe it was not.

2      Q    I'm going to ask you to refer back to
3 Exhibit 528, which is the initial objections and
4 responses to your first set of interrogatories. And
5 turn to page 5, please.

6         Line 5 at the top of the page describes ink
7 cartridge is a single yellow Lovetoners remanufactured
8 ink cartridge; do you see that?

9      A    I do.

10     Q    Is that the brand of the ink cartridge?

11     A    When I looked at the receipt, it said it was
12 sold by Lovetoners, so I -- I don't know if that's the
13 manufacturer or just the vendor.

14     Q    Okay. So you don't know if Lovetoners makes
15 ink cartridges --

16     A    I do not.

17     Q    -- versus sell them?

18         And what did you do when you received that
19 yellow ink cartridge?

20     A    I opened the package. I installed the -- the
21 cartridge and then powered on the machine.

22     Q    Was there any reason you chose the Lovetoners
23 cartridge?

24     A    Again, same criteria. It -- it didn't have
25 as favor -- well, I'll backtrack. One slight

1  false or deceptive?

2  MS. KRAMER: Object to form.

3  THE WITNESS: Sir, it was a long time ago, I
4  don't recall what was written on the box.

5  MR. HANSEN: Q. Did HP ever represent to you
6  that you would be able to use any third-party ink
7  cartridge with your printer?

8  MS. KRAMER: Object to form.

9  THE WITNESS: Specifically, I don't recall,
10  but I know I would not -- I've always -- my first
11  printer I purchased was in 1989 or '90, and I have
12  always used third-party ink when the original runs
13  out. So I wouldn't -- I would not -- I guess my point
14  is, I would not have purchased a printer that didn't
15  have the capability of buying third-party ink.

16  MR. HANSEN: Q. Do you recall any statements
17  from HP saying that you would be able to use
18  third-party ink?

19  MS. KRAMER: Objection; asked and answered.

20  THE WITNESS: Specifically, no.

21  MR. HANSEN: Q. Do you believe you've
22  suffered any injury or damage as a result of any
23  conduct by HP related to your HP printer?

24  MS. KRAMER: Objection to form.

25  THE WITNESS: Yes, I do.

1  MR. HANSEN:  Q.  What injury or damage?
2  A  Well, number one, just the frustration of
3  having to go through hours and hours and hours of
4  trying to get this thing fixed when, quite honestly,
5  I'm a real busy person.  Not that everybody else in
6  the room isn't.  But I just know that I had a
7  significant impact on my ability to conduct my
8  affairs.
9  There was the lack of use.  It's a fantastic
10  printer.  I've never seen a better printer out there,
11  and I wasn't able to use it.  Now I've got this --
12  this other one that I -- it's getting me by, but it
13  doesn't print well.  And -- and, you know, the lack of
14  use.  I mean, I -- I -- it -- it's -- you know, been a
15  couple of -- yeah, I don't know, 18 months now or
16  whatever that, you know, there's obsolescence that's
17  built into, you know, technology.  It's no longer that
18  bright, shiny printer that I bought and haven't been
19  able to use.
20  And I'll be honest, I -- I was very angry at
21  HP.  I had -- the customer service guy I was working
22  with, Oscar, was fantastic.  Really tried.  I really
23  appreciate what he did, but -- but in the end, HP
24  broke my printer.  I didn't ask for them to do that.
25  I didn't ask for the upgrade.  I didn't ask for any of

1 that. I was happy with that printer just the way it
2 was.
3      And -- and then, you know, talking with the
4 supervisor at the end, I was like, that's it. You
5 know, I -- I got really upset.
6    Q   Is there any other injury or damage you
7 believe you suffered?
8      MS. KRAMER:  Object to form.
9      THE WITNESS:  I -- I've enumerated some, and
10 I rely on counsel for most of that. But I think, you
11 know, like I had to, you know, drive to my office.  I
12 live in El Dorado Hills.  I work downtown.  It's on
13 any given day, any time of day, it's about 45 minutes
14 to hour an 15 minutes each way.  So that's -- that's a
15 hassle, and it's just taken time away from my family.
16      I've had to go to, you know, FedEx to get
17 stuff printed, you know, and that's expensive, and
18 it's just another hassle.  I would rather be able to
19 sit in my pajamas and print my documents and take care
20 of business at home.
21    Q   You can't print with your Canon printer?
22    A   Oh, I can now, but I had go out and buy that
23 printer.  I can't -- I couldn't -- during that period
24 of time that I didn't have any printer, I had to do
25 these other things.

1      Q    That period being --
2      A    September.
3      Q    -- September to December 2016?
4      A    Yes, that's when I purchased the printer,
5  yes.
6      Q    Do you have any contracts with third-party
7  suppliers of ink cartridges?
8           MS. KRAMER:  Object to form.
9           THE WITNESS:  No.
10          MR. HANSEN:  Q.  Have you ever had any
11 contracts with third-party suppliers of ink
12 cartridges?
13     A    Never.
14          MS. KRAMER:  Same objection.
15          MR. HANSEN:  Q.  Do you have any business
16 relationships with third-party ink cartridge
17 suppliers?
18          MS. KRAMER:  Object to form.
19          THE WITNESS:  No.
20          MR. HANSEN:  Q.  Did you anticipate having
21 any business relationships with third-party suppliers
22 of ink cartridges?
23          MS. KRAMER:  Object to form.
24          THE WITNESS:  No.
25          MR. HANSEN:  Q.  Have you had any discussions