# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HP PRINTER FIRMWARE UPDATE LITIGATION | Case No. 5:16-cv-05820-EJD-SVK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL |

The Court hereby GRANTS Plaintiffs' Administrative Motion to Seal Exhibits 1-2, 5-17, 19-21, 25-26, A, B and E to the Declaration of Elizabeth A. Kramer in Support of Plaintiff's Motion for Class Certification, and portions of Plaintiffs' Motion for Class Certification.

The Court hereby ORDERS that the following documents or portions of documents are hereby filed under seal:

| Document | HP's Confidentiality Designation |
| --- | --- |
| Plaintiffs' Motion for Class Certification (pages containing redaction: 2-13, 16-21, and 23-24) | Redacted information is derived from documents designated by HP as Confidential or Highly Confidential – Attorneys' Eyes Only |
| Exhibit 1 to the Declaration of Elizabeth A. Kramer in Support of Plaintiffs' Motion for Class Certification ("Kramer Declaration") | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 2 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 5 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 6 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 7 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 8 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 9 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 10 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 11 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 12 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 13 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 14 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 15 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 16 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 17 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 19 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 20 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |

| | |
|---|---|
| Exhibit 21 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 25 to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit 26 to the Kramer Declaration | Confidential |
| Exhibit A to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit B to the Kramer Declaration | Highly Confidential – Attorneys' Eyes Only |
| Exhibit E to the Kramer Declaration | Confidential |

**IT IS SO ORDERED.**

DATED: March 29, 2018                    _____

The Honorable Edward J. Davila
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the foregoing document to be served via email on counsel of record for all parties.

/s/ *Elizabeth A. Kramer*
Elizabeth A. Kramer