| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826) | Samuel G. Liversidge (State Bar No. 180578) |
| Jordan Elias (State Bar No. 228731) | Rodney J. Stone (State Bar No. 145405) |
| Elizabeth A. Kramer (State Bar No. 293129) | Joseph C. Hansen (State Bar No. 275147) |
| **GIRARD GIBBS LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| 601 California Street, Suite 1400 | 333 South Grand Avenue |
| San Francisco, CA 94108 | Los Angeles, CA 90071-3197 |
| Telephone: (415) 981-4800 | Telephone: (213) 229-7365 |
| Facsimile: (415) 981-4846 | Facsimile: (213) 229-6365 |
| *dcg@girardgibbs.com* | *sliversidge@gibsondunn.com* |
| *je@girardgibbs.com* | *rstone@gibsondunn.com* |
| *eak@girardgibbs.com* | *jhansen@gibsondunn.com* |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant HP Inc.* |

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HP PRINTER FIRMWARE UPDATE LITIGATION | Case No. 5:16-cv-05820-EJD-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE** |

Pursuant to the Court's March 29, 2018 Order granting and denying in part HP's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint (Dkt. 97), Plaintiffs and Defendant HP Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on March 22, 2017, Plaintiffs filed a Consolidated Complaint (Dkt. 60), which HP moved to dismiss on April 21, 2017 (Dkt. 66);

WHEREAS, on February 8, 2018, the Court granted the Parties' stipulation to allow Plaintiffs to file a Consolidated Amended Complaint (Dkt. 92);

WHEREAS, on February 15, 2018, Plaintiffs filed a Consolidated Amended Complaint (Dkt. 94);

WHEREAS, the Parties stipulated that HP's pending Motion to Dismiss would be applied to the Consolidated Amended Complaint (Dkt. 92) and the Court so ordered (Dkt. 96);

WHEREAS, on March 29, 2018, the Court entered an order granting in part and denying in part HP's Motion to Dismiss (Dkt. 97);

WHEREAS, the Court's Order on the Motion to Dismiss states that "Plaintiffs may file and serve an amended complaint consistent with this Order no later than April 13, 2018" (Dkt. 97 at 24);

WHEREAS, in that Order, "the Court invites the parties to stipulate to an extension of the deadlines set forth in the Case Management Order (Dkt. 79) and the briefing schedule and hearing date for Plaintiffs' motion or class certification, if needed" (Dkt. 97 at 24);

WHEREAS, on February 7, 2018, Plaintiffs filed a Motion for Class Certification (Dkt. 91), noticing that motion for hearing on May 31, 2018;

WHEREAS, HP's response to Plaintiffs' Motion for Class Certification is currently due this Wednesday, April 4, 2018, and Plaintiffs' reply in support of their Motion for Class Certification is currently due on May 2, 2018 (Dkt. 87);

WHEREAS, the Parties are in the process of conferring to narrow the issues in dispute and in an effort to reach agreement on a revised case schedule to propose to the Court.

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that the current class certification briefing deadlines are abated, and the class certification hearing set for May 31, 2018, is taken off calendar.  The Parties will aim to submit a jointly proposed case schedule no later than April 10, 2018.

Except as otherwise provided in this stipulation, the Parties retain and do not waive any of their rights.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 2, 2018 | **GIRARD GIBBS LLP** |
| 2 | | By: /s/ *Elizabeth A. Kramer* |
| 3 | | Elizabeth A. Kramer |
| 4 | | Daniel C. Girard (State Bar No. 114826) |
| 5 | | Jordan Elias (State Bar No. 228731) |
| | | Elizabeth A. Kramer (State Bar No. 293129) |
| 6 | | **GIRARD GIBBS LLP** |
| | | 601 California Street, Suite 1400 |
| 7 | | San Francisco, CA 94108 |
| 8 | | Telephone: (415) 981-4800 |
| | | Facsimile: (415) 981-4846 |
| 9 | | *dcg@girardgibbs.com* |
| 10 | | *je@girardgibbs.com* |
| | | *eak@girardgibbs.com* |
| 11 | | |
| | | Todd M. Friedman (State Bar No. 216752) |
| 12 | | Adrian R. Bacon (State Bar No. 280332) |
| 13 | | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.** |
| 14 | | 21550 Oxnard St., Suite 780 |
| | | Woodland Hills, CA 91367 |
| 15 | | Telephone: (424) 285-6006 |
| | | Facsimile: (866) 633-0228 |
| 16 | | *tfriedman@toddflaw.com* |
| 17 | | *abacon@toddflaw.com* |
| 18 | | Joseph R. Saveri (State Bar No. 130064) |
| | | Nicomedes Sy Herrera (State Bar No. 275332) |
| 19 | | Kyla J. Gibboney (State Bar No. 301441) |
| 20 | | **JOSEPH SAVERI LAW FIRM, INC.** |
| | | 555 Montgomery Street, Suite 1210 |
| 21 | | San Francisco, California 94111 |
| 22 | | Telephone: (415) 500-6800 |
| | | Facsimile: (415) 395-9940 |
| 23 | | *jsaveri@saverilawfirm.com* |
| | | *nherrera@saverilawfirm.com* |
| 24 | | *kgibboney@saverilawfirm.com* |
| 25 | | Daniel R. Karon |
| 26 | | **KARON LLC** |
| | | 700 W. St. Clair Avenue, Ste. 200 |
| 27 | | Cleveland, Ohio 44113 |
| 28 | | Telephone: (216) 622-1851 |
| | | Facsimile: (216) 241-8175 |
| | | *dkaron@karonllc.com* |

Taylor Bartlett (pro hac vice)
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8085
*taylor@hgdlawfirm.com*

*Attorneys for Plaintiffs and the Proposed Class*

Dated: April 2, 2018

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Joseph C. Hansen*
        Joseph C. Hansen

Samuel G. Liversidge (State Bar No. 180578)
Rodney J. Stone (State Bar No. 145405)
Joseph C. Hansen (State Bar No. 275147)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7365
Facsimile: (213) 229-6365
Email: sliversidge@gibsondunn.com
Email: rstone@gibsondunn.com
Email: jhansen@gibsondunn.com

*Attorneys for Defendant HP Inc.*

# ATTESTATION

I, Joseph C. Hansen, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated: April 2, 2018                    By: /s/ *Joseph C. Hansen*
                                             Joseph C. Hansen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April  3 , 2018                   By: _____
                                             The Honorable Edward J. Davila
                                             United States District Judge