Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*
*je@girardgibbs.com*
*eak@girardgibbs.com*

Samuel G. Liversidge (State Bar No. 180578)
Rodney J. Stone (State Bar No. 145405)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7365
Facsimile: (213) 229-6365
*sliversidge@gibsondunn.com*
*rstone@gibsondunn.com*

*Attorneys for Plaintiffs*

*Attorneys for Defendant HP Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HP PRINTER FIRMWARE UPDATE LITIGATION | Case No. 5:16-cv-05820-EJD-SVK |
| | **JOINT STIPULATION AND [PROPOSED] ORDER RE ONE-WEEK EXTENSION OF DUE DATE FOR FILING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

Plaintiffs and Defendant HP Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on July 13, 2018, the Court entered the Parties' stipulated agreement to abate then-existing case deadlines in light of the Parties having reached a settlement in principle (Dkt. 107);

WHEREAS, that Order allowed 60 days for Plaintiffs to file their motion for preliminary approval of a class action settlement, setting a due date of September 11, 2018 (*id.*);

1

Stipulation and [Proposed] Order re One-Week Extension of Due Date for Filing Motion for
Preliminary Settlement Approval
Case No. 5:16-cv-05820-EJD-SVK

1  WHEREAS, since that Order, the Parties have engaged in detailed negotiations regarding the
2  provisions of their proposed Settlement, and after a competitive bidding process, recently engaged a
3  settlement administrator;

4  WHEREAS, the Parties require a brief extension of time to work with the settlement
5  administrator to ensure that the proposed notice process is optimized to reach the class and that the
6  proposed claims process will maximize class member participation while protecting the Settlement
7  fund from non-meritorious claims;

8  WHEREAS, the Parties agree that good cause therefore exists for Plaintiffs' deadline to file
9  their motion for preliminary approval to be extended to September 18, 2018;

10  WHEREAS, the Parties do not anticipate any further requests for extensions of time in this
11  matter.

12  NOW THEREFORE, the Parties stipulate to, and respectfully request that the Court order, that
13  Plaintiffs' deadline to file their motion for preliminary approval of class action settlement is September
14  18, 2018.

15  **IT IS SO STIPULATED.**

16

17  Dated: September 7, 2018            **GIRARD GIBBS LLP**

18                                     By: /s/ *Elizabeth A. Kramer*
19                                         Elizabeth A. Kramer

20                                     Daniel C. Girard (State Bar No. 114826)
21                                     Jordan Elias (State Bar No. 228731)
       Elizabeth A. Kramer (State Bar No. 293129)
22                                     **GIRARD GIBBS LLP**
       601 California Street, Suite 1400
23                                     San Francisco, CA 94108
       Telephone: (415) 981-4800
24                                     Facsimile: (415) 981-4846
       *dcg@girardgibbs.com*
25                                     *je@girardgibbs.com*
       *eak@girardgibbs.com*
26

27                                     Todd M. Friedman (State Bar No. 216752)
28                                     Adrian R. Bacon (State Bar No. 280332)

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Telephone: (424) 285-6006
Facsimile: (866) 633-0228
*tfriedman@toddflaw.com*
*abacon@toddflaw.com*

Joseph R. Saveri (State Bar No. 130064)
Nicomedes Sy Herrera (State Bar No. 275332)
Kyla J. Gibboney (State Bar No. 301441)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
*jsaveri@saverilawfirm.com*
*nherrera@saverilawfirm.com*
*kgibboney@saverilawfirm.com*

Daniel R. Karon
**KARON LLC**
700 W. St. Clair Avenue, Ste. 200
Cleveland, Ohio 44113
Telephone:  (216) 622-1851
Facsimile:  (216) 241-8175
*dkaron@karonllc.com*

Taylor Bartlett (pro hac vice)
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8085
*taylor@hgdlawfirm.com*

*Attorneys for Plaintiffs and the Proposed Class*

Dated: September 7, 2018                    **GIBSON, DUNN & CRUTCHER LLP**


By: */s/ Rodney J. Stone*
          Rodney J. Stone

3

Samuel G. Liversidge (State Bar No. 180578)
Rodney J. Stone (State Bar No. 145405)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7365
Facsimile: (213) 229-6365
Email: sliversidge@gibsondunn.com
Email: rstone@gibsondunn.com

*Attorneys for Defendant HP Inc.*

## ATTESTATION

I, Elizabeth A. Kramer, am the ECF User whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated: September 7, 2018                    By: */s/ Elizabeth A. Kramer*
                                                 Elizabeth A. Kramer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September ___, 2018                  By: _____
                                                 The Honorable Edward J. Davila
                                                 United States District Judge