1  SAMUEL G. LIVERSIDGE (SBN 180578)
     sliversidge@gibsondunn.com
2  RODNEY J. STONE (SBN 145405)
     rstone@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, California  90071-3197
   Telephone: (213) 229-7365
5  Facsimile:  (213) 229-6365

6  Attorneys for Defendant
   HP INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP PRINTER FIRMWARE UPDATE LITIGATION | CASE NO. 5:16-cv-05820-EJD-SVK  **DEFENDANT HP INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**  **Hearing:** Date: November 8, 2018  Time: 9:00 a.m.  Place: Courtroom 4  Judge: Hon. Edward J. Davila  Action Filed:  September 28, 2016 |

On September 18, 2018, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in the above-captioned matter. (Dkt. No. 110). Defendant HP Inc. ("HP") supports preliminary approval of the proposed class action settlement because the settlement is fair, reasonable, and adequate. Moreover, HP does not oppose certification of the proposed class for settlement purposes only.

HP continues to deny any and all allegations of wrongdoing in this matter. In declining to oppose Plaintiffs' Motion for Preliminary Approval, HP is not agreeing to any statements made by Plaintiffs regarding the merits of their claims against HP. In the event that the Court does not grant Plaintiffs' motion, or denies preliminary approval or final approval of the proposed class action settlement for any reasons, HP reserves all rights, including to oppose class certification for litigation purposes.

Based on the foregoing, HP does not oppose Plaintiffs' Motion for Preliminary Approval, and therefore submits this Statement of Nonopposition pursuant to Local Rule 7-3(b).

Dated: October 2, 2018

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Samuel G. Liversidge
     Samuel G. Liversidge

Attorneys for Defendant HP INC.

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on October 2, 2018 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and supporting documents via the Court's CM/ECF system.

                                                         */s/ Samuel G. Liversidge*
                                                          Samuel G. Liversidge

Attorney for Defendant HP INC.