| | |
|---|---|
| 1 | SAMUEL G. LIVERSIDGE (SBN 180578) |
|   | sliversidge@gibsondunn.com |
| 2 | RODNEY J. STONE (SBN 145405) |
|   | rstone@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 333 South Grand Avenue |
| 4 | Los Angeles, California 90071-3197 |
|   | Telephone: (213) 229-7365 |
| 5 | Facsimile: (213) 229-6365 |
| 6 | Attorneys for Defendant |
|   | HP INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE HP PRINTER FIRMWARE UPDATE LITIGATION | CASE NO. 5:16-cv-05820-EJD-SVK |
|---|---|
| | **CERTIFICATE OF SERVICE OF UNREDACTED UNDER SEAL FILING VIA ELECTRONIC MAIL** |

I, Wesley Sze, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 1881 Page Mill Road, Palo Alto, CA 94304, in said County and State. On March 26, 2019, I served the following documents:

**DEFENDANT HP INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

**EXHIBIT 1 TO DECLARATION OF SAMUEL G. LIVERSIDGE (EXCERPTS OF TRANSCRIPT OF DEPOSITION OF MATTHEW BARKLEY) [UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

upon the following individuals at their email addresses listed below:

**GIRARD SHARP LLP**
Daniel C. Girard
 dgirard@girardsharp.com
Jordan Elias
 jelias@girardsharp.com
Elizabeth A. Kramer
 ekramer@girardsharp.com

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
 jsaveri@saverilawfirm.com
Nicomedes S. Herrera
 nherrera@saverilawfirm.com
Kyla J. Gibboney
 kgibboney@saverilawfirm.com

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman
 tfriedman@toddflaw.com
Adrian R. Bacon
 abacon@toddflaw.com

**KARON LLC**
Daniel R. Karon
 dkaron@karonllc.com

**HENINGER GARRISON DAVIS, LLC**
Taylor Bartlett
 taylor@hgdlawfirm.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2019

_____
Wesley Sze