Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiffs*
*and all those similarly situated*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HP PRINTER FIRMWARE UPDATE LITIGATION | Case No.: 5:16-cv-05820-EDJ-SVK<br><br>**RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO RELATE CASES** |

Plaintiffs Mobile Emergency Housing Corp. and Track Rat Enterprises Inc. d/b/a Performance Automotive and Tire Center ("Plaintiffs"), parties in Case No. 5:20-cv-09157-SVK, currently pending before Judge van Keulen, provide the following response to HP, Inc.'s ("HP") Administrative Motion to Consider Whether Cases Should Be Related, ECF No. 153 in Case No. 5:16-cv-05820-EJD.

Local Rule 3-12 provides that actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Civ. L.R. 3-12.

HP has also not shown a likelihood that there will be a duplication of labor or expense, or conflicting results if the case proceeds in accordance with the District's default procedure for random, proportionate case assignment. *Emergency Mobile Housing Corp. v. HP*, *Inc*. 5:20-cv-09157-SVK, has already been randomly assigned to Judge van Keulen, and all parties have filed their signed consent to proceed to trial under her jurisdiction. *See id.*, ECF Nos. 15, 21. Judge van Keulen is already familiar with the previous case. She was assigned to the prior case on January 20, 2017 and Judge Davila was assigned on February 24, 2017. *See* Dkt Nos. 46, 55. The prior case has been completed and closed since April 25, 2019, when final judgment was entered. So there is no prospect that relation of the actions will result in coordination or reducing labor or expense. *See Carlyle Fortran Tr. v. NVIDIA Corp*., C 05-00427 JW, 2008 U.S. Dist. LEXIS 88910, 2008 WL 4717467, at *1 (N.D. Cal. Oct. 24, 2008) (inactive status of supposedly related cases cut against finding of relatedness).

The prior case was not a particularly complex matter and it does not appear that the case proceeded very long. The Court was only asked to decide a motion to dismiss and approve the class settlement. It is not a case where there is a complex set of facts or technical issues such as patent claim construction, where one Court has invested significant time and effort achieving specialized knowledge. Nor is it a bankruptcy case or other type of case where the rules of assignment deviate from the default

rule of random proportionate assignment. *See* G.O. 44(D)(5)–(7). This is a relatively straight forward consumer protection class action requiring no real specialized or technical expertise, not rising to the level of undue burden.

Of course, Judge Davila would no doubt preside over this case fairly and efficiently. But what HP is proposing is to effectively designate Judge Davila as a specialized judge for all cases arising out of HP's firmware update practices in the present and in the future (and perhaps any similar practices conducted by other printer manufacturers). *See Allen v. City of Oakland*, No. C00-4599 TEH; No. C11-5498 RS, 2011 U.S. Dist. Lexis 135556, at *7 (N.D. Cal. Nov. 23, 2011) ("[I]mplicit in Civil Local Rule 3-12(a) is the principle that single judges of this Court do not become responsible for all cases arising in one area of law, even when some of the same parties are involved.").

Finally, there is no reasoned basis for concluding that there will be a conflicting result. The prior lawsuit resulted in a classwide resolution and achieved final approval of the Court.

Dated: January 15, 2021      Respectfully submitted

By: /s/ Mark L. Javitch
Mark L. Javitch (SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Email: mark@javitchlawoffice.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Mobile Emergency Housing Corp. and Track Rat Enterprises Inc. d/b/a Performance Automotive and Tire Center and those similarly situated*

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

At the time of service, I was over 18 years of age. I am employed in County of San Mateo, State of California. My business address is Javitch Law Office, 480 S. Ellsworth Ave, San Mateo, California, 94401.

I declare that I served a copy of this opposition to HP's motion to relate via the Court's Electronic Filing System to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 15, 2021             /s/ Mark L. Javitch